**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                    :
In re:                                              :
                                                    :         Chapter 11
DELTA PETROLEUM, et al.,                             :
                                                    :         Case No. 11-14006 (KJC)
                  Debtors.                           :
                                                    :         Jointly Administered
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DELTA PETROLEUM GENERAL                              :
RECOVERY TRUST,                                      :
                                                    :
                  Plaintiff,                         :
                                                    :         Adv. Pro. No. 12-50898 (KJC)
         v.                                          :
                                                    :
BWAB LIMITED LIABILITY                               :
COMPANY,                                             :
                                                    :
                  Defendant.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>**CERTIFICATE OF SERVICE**</u>

I, Raymond H. Lemisch, Esquire, hereby certify that on October 25, 2012, true and

correct copies of the foregoing *Answer* were served on all parties registered to receive service on

the electronic notification list as maintained by the Court, and via First Class Mail, postage

prepaid or Hand Delivery upon the following parties:

| <u>*Via Hand Delivery*</u> | <u>*Via First Class Mail*</u> |
|---|---|
| Anthony W. Clark, Esquire | Ron Meisler, Esquire |
| **SKADDEN, ARPS, SLATE MEAGHER &** | Ebba Gebisa, Esquire |
| **FLOHM LLP** | **SKADDEN, ARPS, SLATE MEAGHER &** |
| One Rodney Square | **FLOHM LLP** |
| Wilmington, DE  19801 | 155 North Wacker Drive |
|  | Chicago, IL  60606-1720 |

Dated: October 25, 2012

**BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP**

By:    */s/ Raymond H. Lemisch*
Raymond H. Lemisch, Esquire (No. 4204)
222 Delaware Avenue, Suite 801
Wilmington, DE  19801
(302) 442-7010  telephone
(302) 442-7012  facsimile
rlemisch@beneschlaw.com

- and -

Barry L. Wilkie, Esquire
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO  80202
(303) 573-1600  telephone
(303) 573-8133  facsimile
bwilkie@joneskeller.com

*Counsel to BWAB Limited Liability Company*

2