**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
In re:                                        :        Chapter 11
                                              :
DELTA PETROLUEM, et al.,[1]                   :        Case No. 11-14006 (KJC)
                                              :
                         Debtors.             :        Jointly Administered
                                              ::
- - - - - - - - - - - - - - - - - - - - - - - - -x
DELTA PETROLEUM GENERAL                        :
RECOVERY TRUST,                               :
                                              :
            Plaintiff,                        :
                                              :        Adv. Pro. No. 12-50877 (KJC)
    v.                                        :
                                              :
ALERON LARSON, JR.,                           :
                                              :
            Defendant.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - -x

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Ron E. Meisler to represent Delta Petroleum General Recovery Trust in the above captioned adversary proceeding.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number were: Delta Petroleum Corporation (0803); DPCA LLC (0803); Delta Exploration Company, Inc. (9462); Delta Pipeline, LLC (0803); DLC, Inc. (3989); CEC, Inc. (3154); Castle Texas Production Limited Partnership (6054); Amber Resources Company of Colorado (0506); and Castle Exploration Company, Inc. (9007). The Debtors' headquarters were located at: 370 17th Street, Suite 4300, Denver, Colorado 80202.

Dated:  Wilmington, Delaware
        November 2, 2012

> */s/ Anthony W. Clark*
> Anthony W. Clark (I.D. No. 2051)
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, Delaware 19899-0636
> (302) 651-3000
>
> Counsel for Delta Petroleum General Recovery Trust

2

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 7/23/09.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  Wilmington, Delaware
        November 2, 2012

                                        */s/ Ron E. Meisler*
                                        Ron E. Meisler
                                        Skadden, Arps, Slate, Meagher & Flom LLP
                                        155 North Wacker Drive
                                        Chicago, Illinois 60606-1720
                                        Tel: (312) 407-0700

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: Wilmington, Delaware
       November ____, 2012

                                        _____
                                        Honorable Kevin J. Carey
                                        UNITED STATES BANKRUPTCY JUDGE

3