**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re:                                  :   Chapter 11
                                        :
DELTA PETROLUEM, et al.,¹               :   Case No. 11-14006 (KJC)
                                        :
                Debtors.                :   Jointly Administered
                                        ::
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
DELTA PETROLEUM GENERAL                 :
RECOVERY TRUST,                         :
                                        :
        Plaintiff,                      :
                                        :   Adv. Pro. No. 12-50898 (KJC)
    v.                                  :
                                        :
BWAB LIMITED LIABILITY                  :
COMPANY,                                :
            Defendant.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Ebba Gebisa to represent Delta Petroleum General Recovery Trust in the above captioned adversary proceeding.

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number were: Delta Petroleum Corporation (0803); DPCA LLC (0803); Delta Exploration Company, Inc. (9462); Delta Pipeline, LLC (0803); DLC, Inc. (3989); CEC, Inc. (3154); Castle Texas Production Limited Partnership (6054); Amber Resources Company of Colorado (0506); and Castle Exploration Company, Inc. (9007). The Debtors' headquarters were located at: 370 17th Street, Suite 4300, Denver, Colorado 80202.

Dated:  Wilmington, Delaware
        November 2, 2012

                                    */s/ Anthony W. Clark*
                                    Anthony W. Clark (I.D. No. 2051)
                                    Skadden, Arps, Slate, Meagher & Flom LLP
                                    One Rodney Square
                                    P.O. Box 636
                                    Wilmington, Delaware 19899-0636
                                    (302) 651-3000

                                    Counsel for Delta Petroleum General Recovery Trust

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 7/23/09.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  Wilmington, Delaware
        November 2, 2012

                        */s/ Ebba Gebisa*_____
                        Ebba Gebisa
                        Skadden, Arps, Slate, Meagher & Flom LLP
                        155 North Wacker Drive
                        Chicago, Illinois 60606-1720
                        Tel: (312) 407-0700


**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated:  Wilmington, Delaware
        November ____, 2012



                        _____
                        Honorable Kevin J. Carey
                        UNITED STATES BANKRUPTCY JUDGE

700060-WILSR01A - MSW