## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|   |   |   |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLUEM, <u>et al.</u>,[1] | : | Case No. 11-14006 (KJC) |
| | : | |
| Debtors. | : | Jointly Administered |
| | :: | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|   |   |   |
|---|---|---|
| DELTA PETROLEUM GENERAL RECOVERY TRUST, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Adv. Pro. No. 12-50877 (KJC) |
| v. | : | |
| | : | |
| ALERON LARSON, JR., | : | |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Ebba Gebisa to represent Delta Petroleum General Recovery Trust in the above captioned adversary proceeding.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number were: Delta Petroleum Corporation (0803); DPCA LLC (0803); Delta Exploration Company, Inc. (9462); Delta Pipeline, LLC (0803); DLC, Inc. (3989); CEC, Inc. (3154); Castle Texas Production Limited Partnership (6054); Amber Resources Company of Colorado (0506); and Castle Exploration Company, Inc. (9007). The Debtors' headquarters were located at: 370 17th Street, Suite 4300, Denver, Colorado 80202.

Dated: Wilmington, Delaware
　　　November 2, 2012


/s/ Anthony W. Clark
Anthony W. Clark (I.D. No. 2051)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Counsel for Delta Petroleum General Recovery Trust

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

         Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 7/23/09.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  Wilmington, Delaware
       November 2, 2012

                                          */s/ Ebba Gebisa*
                                          Ebba Gebisa
                                          Skadden, Arps, Slate, Meagher & Flom LLP
                                          155 North Wacker Drive
                                          Chicago, Illinois 60606-1720
                                          Tel: (312) 407-0700

**ORDER GRANTING MOTION**

         IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: Wilmington, Delaware
       November ____, 2012

                        _____

                        Honorable Kevin J. Carey
                        UNITED STATES BANKRUPTCY JUDGE

700058-WILSR01A - MSW