**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
In re:                                  :   Chapter 11
                                        :
DELTA PETROLUEM, et al.,[1]             :   Case No. 11-14006 (KJC)
                                        :
               Debtors.                 :   Jointly Administered
                                        ::
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
DELTA PETROLEUM GENERAL                  :
RECOVERY TRUST,                          :
                                         :
         Plaintiff,                      :
                                         :   Adv. Pro. No. 12-50877 (KJC)
    v.                                   :
                                         :
ALERON LARSON, JR.,                      :
                                         :
         Defendant.                      :   **Related Docket No. 13**
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF WITHDRAWAL OF
MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

PLEASE TAKE NOTICE THAT, due to an error in the filing of the Motion

and Order for Admission Pro Hac Vice of Ebba Gebisa (Docket No. 13) (the

"Motion"), the undersigned counsel for plaintiff in the above captioned adversary

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number were: Delta Petroleum Corporation (0803); DPCA LLC (0803); Delta Exploration Company, Inc. (9462); Delta Pipeline, LLC (0803); DLC, Inc. (3989); CEC, Inc. (3154); Castle Texas Production Limited Partnership (6054); Amber Resources Company of Colorado (0506); and Castle Exploration Company, Inc. (9007). The Debtors' headquarters were located at: 370 17th Street, Suite 4300, Denver, Colorado 80202.

proceeding hereby withdraws the Motion without prejudice.


Dated:  Wilmington, Delaware
        November 2, 2012


                                    /s/ Anthony W. Clark
                                    Anthony W. Clark (I.D. No. 2051)
                                    Skadden, Arps, Slate, Meagher & Flom LLP
                                    One Rodney Square
                                    P.O. Box 636
                                    Wilmington, Delaware 19899-0636
                                    (302) 651-3000

                                    Counsel for Delta Petroleum General Recovery Trust


OF COUNSEL:

Ron Meisler
Ebba Gebisa
155 North Wacker Drive
Chicago, IL 60606