NOV 2 2012

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------x
:
In re:                                          :   Chapter 11
:
DELTA PETROLUEM, et al.,[1]                     :   Case No. 11-14006 (KJC)
:
            Debtors.                            :   Jointly Administered
:
---------------------------------x
DELTA PETROLEUM GENERAL                         :
RECOVERY TRUST,                                 :
:
            Plaintiff,                          :
:   Adv. Pro. No. 12-50877 (KJC)
    v.                                          :
:
ALERON LARSON, JR.,                             :
:
            Defendant.                          :
---------------------------------x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Ron E. Meisler to represent Delta Petroleum General Recovery Trust in the above captioned adversary proceeding.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number were: Delta Petroleum Corporation (0803); DPCA LLC (0803); Delta Exploration Company, Inc. (9462); Delta Pipeline, LLC (0803); DLC, Inc. (3989); CEC, Inc. (3154); Castle Texas Production Limited Partnership (6054); Amber Resources Company of Colorado (0506); and Castle Exploration Company, Inc. (9007). The Debtors' headquarters were located at: 370 17th Street, Suite 4300, Denver, Colorado 80202.

Docket No. 12
Date Filed: 11/2/12

Dated: Wilmington, Delaware
       November 2, 2012

                                              */s/ Anthony W. Clark*
                                              Anthony W. Clark (I.D. No. 2051)
                                              Skadden, Arps, Slate, Meagher & Flom LLP
                                              One Rodney Square
                                              P.O. Box 636
                                              Wilmington, Delaware 19899-0636
                                              (302) 651-3000

                                              Counsel for Delta Petroleum General Recovery Trust

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: Wilmington, Delaware
November 2, 2012

*/s/ Ron E. Meisler*
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
Tel: (312) 407-0700

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: Wilmington, Delaware
November 2, 2012

Honorable Kevin J. Carey
UNITED STATES BANKRUPTCY JUDGE

3