## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| DELTA PETROLEUM CORPORATION, *et al.,*[1] | Case No. 11-14006 (KJC) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON DECEMBER 4, 2012 AT 3:00 P.M. (EASTERN TIME)[2]

ADJOURNED, RESOLVED OR WITHDRAWN MATTER:

1.      Debtors' Second Motion For An Order Authorizing The Assumption Of Executory Contracts And Unexpired Leases (D.I. 714, Filed 7/11/12).

Objection Deadline:  March 9, 2012 at 4:00 p.m. (ET).

Remaining Objections Received:

a)      Objection Of Encana Oil & Gas (USA) Inc. To Notice Of (I) Debtors' Request For Authority To Assume And Assign Certain Executory Contracts And Unexpired Leases, And (II) Debtors' Proposed Cure Amounts (D.I. 363, Filed 3/5/12); and

b)      Objection Of The Industrial Group LLC To Debtors' Second Notice Of Request For Authority To Assume And Assign Certain Executory Contracts (D.I. 395, Filed 3/9/12).

Related Pleadings:

a)      Order Authorizing The Assumption Of Executory Contracts And Unexpired Leases And Assignment Of Those Executory Contracts And Unexpired Leases To The Joint Venture Company Upon The Effectiveness Of The Plan (D.I. 917, Entered 8/16/12); and

b)      Order Authorizing The Assumption Of Executory Contracts And Unexpired Leases (D.I. 918, Entered 8/16/12).

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803), DPCA LLC (0803), Delta Exploration Company, Inc. (9462), Delta Pipeline, LLC (0803), DLC, Inc. (3989), CEC, Inc. (3154), Castle Texas Production Limited Partnership (6054), Amber Resources Company of Colorado (0506), and Castle Exploration Company, Inc. (9007).  The Debtors' headquarters are located at: 370 17th Street, Suite 4300, Denver, Colorado 80202.

[2]      The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

Status:  With respect to the objections of Encana Oil & Gas (USA) Inc. and The Industrial Group LLC this matter has been adjourned to the hearing on January 16, 2013 at 2:00 p.m. (ET).

2.      Debtors' Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (Reduce And Allow; No Amount Due; Redundant; Reclassify; And Royalty Claims) (D.I. 730, Filed 7/16/12).

Objection Deadline:  July 30, 2012 at 4:00 p.m. (ET)

Remaining Responses Received:

a)      State Of Michigan Department Of Treasury's Response To Debtors' Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (D.I. 777, Filed 7/25/12) (Claim Nos. 107 and 108).

Related Pleadings:

a)      Notice Of Submission Of Proofs Of Claims (D.I. 846, Filed 8/2/12);

b)      Order Granting Debtors' Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (Reduce And Allow; No Amount Due; Redundant; Reclassify; And Royalty Claims) (D.I. 911, Entered 8/15/12);

c)      First Supplemental Order Granting Debtors' Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (Reduce And Allow; No Amount Due; Redundant; Reclassify; And Royalty Claims) (D.I. 984, Entered 9/18/12).

Status:  This matter has been adjourned to the hearing on January 16, 2013 at 2:00 p.m. (ET).

3.      Motion For Allowance And Payment Of Post-Petition Administrative Expense Claim (D.I. 864, Filed 8/7/12).

Objection Deadline:  August 24, 2012 at 4:00 p.m. (ET), extended to October 17, 2012 for the Debtors.

Objections Received:

a)      Trustee's Objection To Western Oilfield Supply Co. d/b/a Rain For Rent's Motion For Allowance And Payment Of Administrative Expense Claim And Claim Number 337 (D.I. 1130, Filed 11/20/12); and

b)      Declaration Of John T. Young, Jr. In Support Of Trustee's Objection To Western Oilfield Supply Co. d/b/a Rain For Rent's Motion For Allowance And Payment Of Administrative Expense Claim And Claim Number 337 (D.I. 1131, Filed 11/20/12).

Related Pleadings:

a)      Notice Of Withdrawal Of Motion For Allowance And Payment Of Post-Petition Administrative Expense Claim (D.I. 1147, Filed 11/30/12).

Status:  This motion has been withdrawn by Movant.

4.      Debtors' Motion For An Order Enlarging The Time In Which Evercore Group, L.L.C., Investment Banker And Financial Advisor For The Debtors, May File An Application Related To A Transaction Fee And Its Final Fee Application (D.I. 1016, Filed 9/28/12).

Objection Deadline:  October 15, 2012 at 4:00 p.m. (ET).

Objections Received:  None.

Related Pleadings:

a)      Certificate Of No Objection Regarding Docket No. 1016 (D.I. 1103, Filed 11/2/12); and

b)      Order Enlarging The Time In Which Evercore Group, L.L.C., Investment Banker And Financial Advisor For The Debtors, May File An Application Related To A Transaction Fee And Its Final Fee Application (D.I. 1111, Entered 11/8/12).

Status:  An order has been signed.  No hearing is necessary.

5.      Reorganized Debtors' Third Motion For An Order Pursuant To Rules 9006 And 9027 Of The Federal Rules Of Bankruptcy Procedure To Enlarge The Time Within Which The Reorganized Debtors May File Notices Of Removal Of Related Proceedings (D.I. 1022, Filed 10/1/12).

Objection Deadline:  October 22, 2012 at 4:00 p.m. (ET).

Objections Received:  None.

Related Pleadings:

a)      Certificate Of No Objection Regarding Docket No. 1022 (D.I. 1065, Filed 10/24/12); and

b)      Order (Third) Pursuant To Rules 9006 And 9027 Of The Federal Rules Of Bankruptcy Procedure Enlarging The Time Within Which The Reorganized Debtors May File Notices Of Removal Of Related Proceedings (D.I. 1105, Entered 11/6/12).

Status:  An order has been signed.  No hearing is necessary.

6.      Enterprise Gas Processing, LLC's Application For Administrative Expense Claim Pursuant To 11 U.S.C. §503(b) (D.I. 1025, Filed 10/1/12).

Objection Deadline:  October 24, 2012 at 4:00 p.m. (ET).

Objections Received:  None.

Related Pleadings:

a)      Enterprise Gas Processing, LLC's Notice Of Withdrawal Of Its Application For Administrative Expense Claim Pursuant To 11 U.S.C. §503(b) (D.I. 1124, Filed 11/20/12).

Status:  This motion has been withdrawn by Movant.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION:

7.      Reorganized Debtors' Second Motion For An Order In Aid Of Confirmation Of The Third Amended Joint Chapter 11 Plan Of Reorganization Of Delta Petroleum Corporation And Its Debtor Affiliates (D.I. 1116, Filed 11/13/12).

Objection Deadline:  November 27, 2012 at 4:00 p.m. (ET).

Objections Received:  None.

Related Pleadings:

a)      Certificate of No Objection Regarding Reorganized Debtors' Second Motion For An Order In Aid Of Confirmation Of The Third Amended Joint Chapter 11 Plan Of Reorganization Of Delta Petroleum Corporation And Its Debtor Affiliates (D.I. 1146, Filed 11/29/12); and

b)      Proposed Form of Order.

Status:  There were no objections and a CNO was filed.

## UNCONTESTED MATTERS GOING FORWARD:

None at this time.

## CONTESTED MATTERS GOING FORWARD:

8.      Motion For Administrative Claim Pursuant To 11 U.S.C. Section 503(b)(1)(A) (filed by Robert D. Johnson) (D.I. 1073, Filed 10/26/12).

Objection Deadline:  November 27, 2012 at 4:00 p.m. (ET).

Objections Received:

a)      Recovery Trustee's Omnibus Objection To Certain Former Nonmanagement Employees' Motions For Allowance And Payment Of Administrative Expenses Pursuant To 11 U.S.C. §§  502 And 503 (D.I. 1139, Filed 11/27/12).

Related Pleadings:  None.

Status:  This matter is going forward as a status conference.

9.    Brian Macke's Motion For Allowance And Payment Of Administrative Claim Pursuant To 11 U.S.C. § 503 (D.I. 1075, Filed 10/30/12).

Objection Deadline:  November 23, 2012 at 4:00 p.m. (ET).

Objections Received:

a)    Recovery Trustee's Amended Omnibus Objection To Certain Former Management Employees' Motions For Allowance And Payment Of Administrative Expenses Pursuant To 11 U.S.C. §§ 502 And 503 (D.I. 1144, Filed 11/28/12).

Related Pleadings:

a)    Declaration Of Brian Macke In Support Of Employees' Motion For Allowance And Payment Of Administrative Claim Pursuant To 11 U.S.C. § 503 (D.I. 1082, Filed 10/30/12);

b)    Declaration Of Denise R. Bauer In Support Of Employees' Motion For Allowance And Payment Of Administrative Claim Pursuant To 11 U.S.C. § 503 (D.I. 1083, Filed 10/30/12);

c)    Declaration Of Joshua Richardson In Support Of Employees' Motion For Allowance And Payment Of Administrative Claim Pursuant To 11 U.S.C. § 503 (D.I. 1084, Filed 10/30/12);

d)    Declaration Of Kent Harmony In Support Of Employees' Motion For Allowance And Payment Of Administrative Claim Pursuant To 11 U.S.C. § 503 (D.I. 1085, Filed 10/30/12);

e)    Declaration Of Michael Cleary In Support Of Employees' Motion For Allowance And Payment Of Administrative Claim Pursuant To 11 U.S.C. § 503 (D.I. 1086, Filed 10/30/12);

f)    Declaration Of Kevin Nanke In Support Of Motion For Allowance And Payment Of Administrative Claim Pursuant To 11 U.S.C. § 503 (D.I. 1087, Filed 10/30/12);

g)    Declaration Of Carl E. Lakey In Support Of Motion For Allowance And Payment Of Administrative Claim Pursuant To 11 U.S.C. § 503 (D.I.1088, Filed 10/30/12); and

h)    Amended Notice Of Motions For Allowance And Payment Of Administrative Claim Pursuant To 11 U.S.C. § 503 (D.I. 1090, Filed 10/31/12).

Status:  This matter is going forward as a status conference.

10.     Carl Lakey's Motion For Allowance And Payment Of Administrative Claim Pursuant To 11 U.S.C. § 503 (D.I. 1076, Filed 10/30/12).

Objection Deadline:  November 23, 2012 at 4:00 p.m. (ET).

Objections Received:  See item 9 of this Agenda.

Related Pleadings:  See item 9 of this Agenda.

Status:  This matter is going forward as a status conference.

11.     Denise R. Bauer's Motion For Allowance And Payment Of Administrative Claim Pursuant To 11 U.S.C. § 503 (D.I. 1077, Filed 10/30/12).

Objection Deadline:  November 23, 2012 at 4:00 p.m. (ET).

Objections Received:  See item 9 of this Agenda.

Related Pleadings:  See item 9 of this Agenda.

Status:  This matter is going forward as a status conference.

12.     Joshua Richardson's Motion For Allowance And Payment Of Administrative Claim Pursuant To 11 U.S.C. § 503 (D.I. 1078, Filed 10/30/12).

Objection Deadline:  November 23, 2012 at 4:00 p.m. (ET).

Objections Received:  See item 9 of this Agenda.

Related Pleadings:  See item 9 of this Agenda.

Status:  This matter is going forward as a status conference.

13.     Kent Harmony's Motion For Allowance And Payment Of Administrative Claim Pursuant To 11 U.S.C. § 503 (D.I. 1079, Filed 10/30/12).

Objection Deadline:  November 23, 2012 at 4:00 p.m. (ET).

Objections Received:  See item 9 of this Agenda.

Related Pleadings:  See item 9 of this Agenda.

Status:  This matter is going forward as a status conference.

14.     Michael Cleary's Motion For Allowance And Payment Of Administrative Claim Pursuant To 11 U.S.C. § 503 (D.I. 1080, Filed 10/30/12).

Objection Deadline:  November 23, 2012 at 4:00 p.m. (ET).

Objections Received:  See item 9 of this Agenda.

Related Pleadings:  See item 9 of this Agenda.

Status:  This matter is going forward as a status conference.

15.    Kevin Nanke's Motion For Allowance And Payment Of Administrative Claim Pursuant To 11 U.S.C. § 503 (D.I. 1081, Filed 10/30/12).

Objection Deadline:  November 23, 2012 at 4:00 p.m. (ET).

Objections Received:  See item 9 of this Agenda.

Related Pleadings:  See item 9 of this Agenda.

Status:  This matter is going forward as a status conference.

16.    Amended Motion Of Former Employee Peggy Griffith For Allowance And Payment Of Administrative Expense Claim (D.I. 1089, Filed 10/31/12).

Objection Deadline:  November 27, 2012 at 4:00 p.m. (ET).

Objections Received:  See item 9 of this Agenda.

Related Pleadings:

a)    Employee Creditor's Motion For Allowance Of Administrative Claim Expenses (D.I. 1017, Filed 9/28/12).

Status:  This matter is going forward as a status conference.

17.    Motion For Administrative Claim Pursuant To 11 U.S.C. Section 503(b)(1)(A) (filed by Andrea Brown) (D.I. 1091, Filed 10/31/12).

Objection Deadline:  November 27, 2012 at 4:00 p.m. (ET).

Objections Received:  See item 8 of this Agenda.

Related Pleadings:  None.

Status:  This matter is going forward as a status conference.

18.    Motion For Administrative Claim Pursuant To 11 U.S.C. Section 503(b)(1)(A) (filed by Earl H. Bogle) (D.I. 1092, Filed 10/31/12).

Objection Deadline:  November 27, 2012 at 4:00 p.m. (ET).

Objections Received:  See item 9 of this Agenda.

Related Pleadings:  None.

Status:  This matter is going forward as a status conference.

19.  Motion For Administrative, Priority, Stock Payout & General Unsecured Claim Pursuant To 11 U.S.C. Section 503(b)(1)(A) (filed by Kimberly D. Edwards) (D.I. 1093, Filed 10/31/12).

Objection Deadline:  November 27, 2012 at 4:00 p.m. (ET).

Objections Received: See item 8 of this Agenda.

Related Pleadings:  None.

Status:  This matter is going forward as a status conference.

20.  Motion For Administrative Claim Pursuant To 11 U.S.C. Section 503(b)(1)(A) (filed by Richard Bonham) (D.I. 1094, Filed 10/31/12).

Objection Deadline:  November 27, 2012 at 4:00 p.m. (ET).

Objections Received:  See item 8 of this Agenda.

Related Pleadings:  None.

Status:  This matter is going forward as a status conference.

21.  Motion For Administrative Claim Pursuant To 11 U.S.C. Section 503(b)(1)(A) (filed by Tom Paxton) (D.I. 1099, Filed 11/2/12).

Objection Deadline:  November 27, 2012 at 4:00 p.m. (ET).

Objections Received:  See item 8 of this Agenda.

Related Pleadings:  None.

Status: This matter is going forward as a status conference.

22.  Debtors' Fifth Omnibus Objection (Non-Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (Amended; Late Filed; Insufficient Documentation; Duplicate; Equity Interest Claim) (D.I. 1100, Filed 11/2/12).

Objection Deadline:  November 19, 2012 at 4:00 p.m. (ET).

Objections Received:

a)    Response of Guy Glass (D.I. 1036, Filed 10/1/12); and

b)    Letter response of Guy Glass (D.I. 1120, Filed 11/19/12).

Related Pleadings:

a)      Notice Of Submission Of Proofs Of Claim (D.I. 1127, Filed 11/20/12).

Status:  This matter is going forward.

23.     Debtors' Sixth Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Amount Due; Reduce And Allow; Redundant) (D.I. 1101, Filed 11/2/12).

Objection Deadline:  November 19, 2012 at 4:00 p.m. (ET), extended to January 2, 2013 at 4:00 p.m. (ET) for El Paso E&P Energy Company, Inc. Extended to December 20, 2012 at 4:00 p.m. (ET) for Chris' Excavation, Inc.

Objections Received:  Informal comments received from El Paso E&P Energy Company, Inc., Chris' Excavation, Inc. and Noble Energy, Inc.

Related Pleadings:

a)      Notice Of Submission Of Proofs Of Claim (D.I. 1128, Filed 11/20/12).

Status:  With respect to El Paso E&P Energy Company, Inc. and Chris' Excavation, this matter has been adjourned to the hearing on January 16, 2013 at 2:00 p.m.  The informal comments of Noble Energy, Inc. have been resolved and a revised form of order will be presented at the hearing.

24.     Motion For Administrative Claim Pursuant To 11 U.S.C. Section 503(b)(1)(A) (filed by William Monroe) (D.I. 1102, Filed 11/2/12).

Objection Deadline:  November 27, 2012 at 4:00 p.m. (ET).

Objections Received:  See item 8 of this Agenda.

Related Pleadings:  None.

Status:  This matter is going forward as a status conference.

FINAL FEE APPLICATIONS

25.     Final Fee Hearing Applications.

Related Pleading:      See Exhibit A.

Objection Deadline:  N/A.

Responses Received:  See Exhibit A.

Status:  This matter is going forward.  The Recovery Trustee's objection to the fees Akin, Gump, Strauss, Hauer, & Feld LLP has been resolved and a form of order will be presented at the hearing.

## STATUS CONFERENCE

26.     Recovery Trustee's Request For Hearing To Determine The Reasonable Amount Of Fees And Expenses Payable To Indenture Trustee (D.I. 1119, Filed 11/14/12).

Objection Deadline:  January 2, 2013 at 4:00 p.m. (ET).

Objections Received:  None as of the filing of this agenda.

Related Pleadings:  None as of the filing of this agenda.

Status:  This matter is going forward as a status conference.

## ADVERSARY STATUS CONFERENCES

27.     Delta Petroleum General Recovery Trust v. Roger Parker and Delia Parker (Adv. Pro. No. 12-50876).

Related Pleadings:

a)      Complaint For Avoidance Of Interests And Recovery Of Property Of The Estate (A.D.I. 1, Filed 9/21/12);

b)      Summons And Notice Of Pretrial Conference In An Adversary Proceeding (A.D.I. 3, Filed 9/25/12);

c)      Answer (filed by Roger Parker) (A.D.I. 7, Filed 10/25/12);

d)      Stipulation Extending Defendant Delia Parker's Time To Answer Or Otherwise Plead With Respect To The Complaint (A.D.I. 19, Filed 11/2/12); and

e)      Delia Parker's Answer To Complaint For Avoidance Of Interests And Recovery Of Property Of The Estate (A.D.I. 20, Filed 11/26/12).

Status:  This matter is going forward as a status conference.

28.     Delta Petroleum General Recovery Trust v. Aleron Larson, Jr. (Adv. Pro. No. 12-50877).

Related Pleadings:

a)      Complaint For Avoidance Of Interests And Recovery Of Property Of The Estate (A.D.I. 1, Filed 9/21/12);

b)      Summons And Notice Of Pretrial Conference In An Adversary Proceeding (A.D.I. 3, Filed 9/25/12);

c)      Certificate Of Service (A.D.I. 4, Filed 9/21/12); and

d)      Answer (A.D.I. 5, Filed 10/25/12).

Status:  This matter is going forward as a status conference.

29.    Delta Petroleum General Recovery Trust v. BWAB Limited Liability Company (Adv. Pro. No. 12-50898).

a)      Complaint For Avoidance Of Interests And Recovery Of Property Of The Estate (A.D.I. 1, Filed 9/26/12);

b)      Summons And Notice Of Pretrial Conference In An Adversary Proceeding (A.D.I. 3, Filed 9/26/12); and

c)      Answer (A.D.I. 5, Filed 10/25/12).

Status:  This matter is going forward as a status conference.

Dated:  November 30, 2012
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Ann C. Cordo_
Derek C. Abbott (No. 3376)
Ann C. Cordo (No. 4817)
William M. Alleman, Jr. (No. 5449)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:   (302) 658-3989

-and-

Kathryn A. Coleman
W. Peter Beardsley
Christopher Gartman
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726

_Counsel for the Debtors_

6631551.2

-11-