**CERTIFICATE OF SERVICE**

        I, Anthony W. Clark, hereby certify that on January 4, 2013, I caused the foregoing **Amended Complaint** to be served on the parties listed on <u>Exhibit A</u>, attached hereto, by United States first class mail, unless otherwise indicated thereon.

        */s/ Anthony W. Clark*
        Anthony W. Clark

**Exhibit A**
**Service Parties**

Aleron Larson, Jr.
150 Casteel Ridge Rd.
Edwards, CO 81632

Raymond H. Lemisch, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

Barry L. Wilkie, Esq.
Stuart N. Bennett, Esq.
Aaron Goldhamer, Esq.
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202