## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DELTA PETROLUEM, et al.,[1] | : | Case No. 11-14006 (KJC) |
| Debtors. | : | Jointly Administered |
| DELTA PETROLEUM GENERAL RECOVERY TRUST, | : | |
| Plaintiff, | : | |
| v. | : | Adv. Pro. No. 12-50877 (KJC) |
| ALERON LARSON, JR., | : | |
| Defendant. | : | |

### NOTICE OF SERVICE

I, Anthony W. Clark, certify that on January 16, 2013, I caused a copy of Plaintiffs' Initial Disclosures Pursuant To Fed. R. Civ. P. 26(A)(1)(A) to be served on the following counsel of record in the manner indicated:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803); DPCA LLC (0803); Delta Exploration Company, Inc. (9462); Delta Pipeline, LLC (0803); DLC, Inc. (3989); CEC, Inc. (3154); Castle Texas Production Limited Partnership (6054); Amber Resources Company of Colorado (0506); and Castle Exploration Company, Inc. (9007). The Reorganized Debtors' headquarters are located at: 1301 McKinney Street, Suite 2025, Houston, TX 77010.

Raymond H. Lemisch, Esq.  
Benesch, Friedlander, Coplan  
 & Aronoff LLP  
222 Delaware Avenue, Suite 801  
Wilmington, DE 19801  
**(By Hand Delivery)**

Barry L. Wilkie, Esq.  
Stuart N. Bennett, Esq.  
Aaron Goldhamer, Esq.  
JONES & KELLER, P.C.  
1999 Broadway, Suite 3150  
Denver, CO 80202  
**(By First-class Mail)**

Dated: Wilmington, Delaware  
       January 16, 2013

/s/ Anthony W. Clark  
Anthony W. Clark (I.D. No. 2051)  
Kristhy M. Peguero (I.D. No. 4903)  
Skadden, Arps, Slate, Meagher & Flom LLP  
One Rodney Square  
P.O. Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000

and

Ron Meisler  
Ebba Gebisa  
Skadden, Arps, Slate, Meagher & Flom LLP  
155 North Wacker Drive  
Chicago, Illinois 60606-1720  
(312) 407-0700

*Counsel for Delta Petroleum General Recovery Trust and Par Petroleum Corporation*

2