IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DELTA PETROLUEM, et al., | Case No. 11-14006 (KJC) |
| Debtors. | Jointly Administered |
| DELTA PETROLEUM GENERAL RECOVERY TRUST, | |
| Plaintiff, | Adv. Pro No. 12-50877 (KJC) |
| v. | |
| ALERON LARSON, JR., | |
| Defendant | |

## NOTICE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on January 16, 2013, true and correct copies of the *Initial Disclosures of Defendant Aleron Larson, Jr.* were served via First Class Mail, postage prepaid or Hand Delivery upon the following parties:

| | |
|---|---|
| Anthony W. Clark, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>Wilmington, Delaware 19801 | Ron Meisler, Esquire<br>Ebba Gebisa, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, Illinois 60606-1720 |

Dated: January 16, 2013

          BENESCH, FRIEDLANDER, COPLAN
          & ARONOFF LLP

    By: */s/ Raymond H. Lemisch*
       Raymond H. Lemisch, Esquire (No. 4204)
       222 Delaware Avenue, Suite 801
       Wilmington, DE 19801
       (302) 442-7010 telephone
       (302) 442-7012 facsimile
       rlemisch@beneschlaw.com

       - and -

7487593 v1

Barry L. Wilkie, Esquire
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO  80202
(303) 573-1600   telephone
(303) 573-8133   facsimile
bwilkie@joneskeller.com

*Counsel to Aleron Larson, Jr.*