**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                   :
In re:                                             :   Chapter 11
                                                   :
DELTA PETROLUEM, et al.,                           :   Case No. 11-14006 (KJC)
                                                   :
                Debtors.                           :   Jointly Administered
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - -  x
DELTA PETROLEUM GENERAL                            :
RECOVERY TRUST,                                    :
                                                   :
                Plaintiff,                         :   Adv. Pro No. 12-50877 (KJC)
v.                                                 :
                                                   :
ALERON LARSON, JR.,                                :
                                                   :
                Defendant.                         :
                                                   x
```

## CERTIFICATE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on January 18, 2013, true and correct copies of the foregoing document were served on all parties registered to receive service on the electronic notification list as maintained by the Court, and via First Class Mail, postage prepaid or Hand Delivery upon the following parties:

| Anthony W. Clark, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>Wilmington, Delaware 19801 | Ron Meisler, Esquire<br>Ebba Gebisa, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, Illinois  60606-1720 |
|---|---|

7491664 v2

Dated:  January 18, 2013

        **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
       Raymond H. Lemisch, Esquire (No. 4204)
       222 Delaware Avenue, Suite 801
       Wilmington, DE  19801
       (302) 442-7010   telephone
       (302) 442-7012   facsimile
       rlemisch@beneschlaw.com

- and -

Barry L. Wilkie, Esquire
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO  80202
(303) 573-1600   telephone
(303) 573-8133   facsimile
bwilkie@joneskeller.com

*Counsel to Aleron Larson, Jr.*