# Notice Recipients

District/Off: 0311−1         User: LisaD                    Date Created: 1/25/2013
Case: 12−50877−KJC           Form ID: van447                Total: 14

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
pla     Delta Petroleum General Recovery Trust
cd      Par Petroleum Corporation
cd      Delta Petroleum General Recovery Trust

                                                                                TOTAL: 3

**Recipients of Notice of Electronic Filing:**
aty     Anthony W. Clark
aty     Anthony W. Clark
aty     Kristhy M. Peguero       kristhy.peguero@skadden.com
aty     Raymond Howard Lemisch   rlemisch@beneschlaw.com

                                                                                TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
md      William P. Bowden    Ashby &Geddes    500 Delaware Avenue    8th Floor    Wilmington, DE 19801
aty     Aaron Goldhamer      Jones &Keller, PC    1999 Broadway    Suite 3150    Denver, CO 80202
aty     Barry L. Wilkie      Jones &Keller, PC    1999 Broadway    Suite 3150    Denver, CO 80202
aty     Ebba Gebisa          Skadden Arps Slate Meagher &Flom LLP    155 North Wacker Drive    Chicago, IL 60606−1720
aty     Ron E. Meisler       Skadden Arps Slate Meagher &Flom LLP    155 North Wacker Drive    Chicago, IL 60606−1720
aty     Stuart N. Bennett    Jones &Keller, PC    1999 Broadway    Suite 3150    Denver, CO 80202
aty     William P. Bowden    ASHBY &GEDDES    500 Delaware Ave.    Wilmington, DE 19801

                                                                                TOTAL: 7