# Notice Recipients

District/Off: 0311–1                    User: LisaD                    Date Created: 1/31/2013
Case: 12–50877–KJC                   Form ID: van447                Total: 14


**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
pla          Delta Petroleum General Recovery Trust
cd           Par Petroleum Corporation
cd           Delta Petroleum General Recovery Trust

                                                                                            TOTAL: 3


**Recipients of Notice of Electronic Filing:**
aty          Anthony W. Clark
aty          Anthony W. Clark
aty          Kristhy M. Peguero          kristhy.peguero@skadden.com
aty          Raymond Howard Lemisch          rlemisch@beneschlaw.com

                                                                                            TOTAL: 4


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
md           William P. Bowden          Ashby &Geddes          500 Delaware Avenue          8th Floor          Wilmington, DE 19801
aty          Aaron Goldhamer          Jones &Keller, PC          1999 Broadway          Suite 3150          Denver, CO 80202
aty          Barry L. Wilkie          Jones &Keller, PC          1999 Broadway          Suite 3150          Denver, CO 80202
aty          Ebba Gebisa          Skadden Arps Slate Meagher &Flom LLP          155 North Wacker Drive          Chicago, IL
             60606–1720
aty          Ron E. Meisler          Skadden Arps Slate Meagher &Flom LLP          155 North Wacker Drive          Chicago, IL
             60606–1720
aty          Stuart N. Bennett          Jones &Keller, PC          1999 Broadway          Suite 3150          Denver, CO 80202
aty          William P. Bowden          ASHBY &GEDDES          500 Delaware Ave.          Wilmington, DE 19801

                                                                                            TOTAL: 7