## CERTIFICATE OF SERVICE

I, Anthony W. Clark, hereby certify that on February 8, 2013, I caused the foregoing **Plaintiffs' Answer and Affirmative Defenses to Counterclaims of Defendant Aleron Larson, Jr.** to be served on the parties listed on <u>Exhibit A</u>, attached hereto, by United States first class mail, unless otherwise indicated thereon.

                                                 <u>/s/ Anthony W. Clark</u>
                                                 Anthony W. Clark

**Exhibit A**
**Service Parties**

Raymond H. Lemisch, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

Barry L. Wilkie, Esq.
Stuart N. Bennett, Esq.
Aaron Goldhamer, Esq.
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202