## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DELTA PETROLEUM CORPORATION, et al., | Case No. 11-14006 (KJC) |
| Debtors. | Jointly Administered |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, Plaintiffs, v. ALERON LARSON, JR., Defendant. | Adv. Pro. No. 12-50877 (KJC) |

### MOTION FOR SUMMARY JUDGMENT PURSUANT TO
### FED. R. CIV. P. 56 AND FED. R. BANKR. P. 7056

Delta Petroleum General Recovery Trust (the "Trust") and Par Petroleum Corporation ("Par," and with the Trust, "Plaintiffs"), by their undersigned counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7056 of the Federal Rules of Bankruptcy Procedure, hereby move (the "Motion") for summary judgment in favor of Plaintiffs with respect to Counts I –VII[1] set forth in

---

[1] Plaintiffs' Motion is without prejudice to their right to prosecute the causes of

Plaintiffs' Amended Complaint For Avoidance And/Or Discharge Of Interests, Enforcement of Bar Date Order, And Recovery Of Property Of The Estate (Adv. D.I. 23) (the "Complaint"), filed in the above-captioned adversary proceeding on January 4, 2013.

In support of the Motion, Plaintiffs respectfully refer the Court to the Memorandum Of Law In Support Of Plaintiffs' Motion For Summary Judgment, filed contemporaneously herewith, which the Plaintiffs hereby incorporate by reference.

---

action set forth in Count VIII of the Complaint and their rights, claims and defenses relating to and arising from Count VIII are hereby expressly reserved.

2

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order: (i) granting the Motion in all respects; and (ii) granting Plaintiffs such other relief as is just and proper.

Dated: February 12, 2013
Wilmington, Delaware

*/s/ Anthony W. Clark*
Anthony W. Clark (I.D. No. 2051)
Kristhy M. Peguero (I.D. No. 4903)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Ron E. Meisler
Ebba Gebisa
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*