FEB 2 1 2013

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :    Chapter 11
                                              :
DELTA PETROLEUM CORPORATION, et :    Case No. 11-14006 (KJC)
al.,                                          :
                                              :    Jointly Administered
                Debtors.                      :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - x
DELTA PETROLEUM GENERAL                       :
RECOVERY TRUST                                :
and                                           :
PAR PETROLEUM CORPORATION                     :
                                              :
                Plaintiffs,                   :    Adv. Pro. No. 12-50898 (KJC)
                                              :
        v.                                    :    Related Docket Nos. 19, 30
                                              :
BWAB LIMITED LIABILITY COMPANY, :
                                              :    Docket No. 39
                Defendant.                    :    Date Filed: 2/21/13
- - - - - - - - - - - - - - - - - - - - - - - x
DELTA PETROLEUM GENERAL                       :
RECOVERY TRUST                                :
and                                           :
PAR PETROLEUM CORPORATION,                    :
                                              :    Adv. Pro. No. 12-50877 (KJC)
                Plaintiffs,                   :
                                              :    Related Docket Nos. 20, 30
        v.                                    :
                                              :
ALERON LARSON, JR.,                           :
                                              :
                Defendant.                    :    Docket No. 39
- - - - - - - - - - - - - - - - - - - - - - - x    Date Filed: 2/21/13

## AMENDMENT TO SCHEDULING AND MEDIATION ORDERS

The parties stipulate and agree, subject to the Court's approval, to amend the

December 26, 2012 scheduling order (the "Scheduling Order") and the January 31, 2013

Amended Order Assigning Adversary Proceeding To Mediation And Appointing Mediator (the

"Mediation Order") in this action as follows:

**IT IS HEREBY ORDERED** that:

1.    All fact discovery shall be completed no later than May 31, 2013.

2.    Any expert report required pursuant to Fed. R. Civ. P. 26(a)(2)(B) shall be served

by the party which bears the burden of proof for that issue no later than June 21,

2013.  The opposing party shall file any rebuttal expert report within 21 days after

service of the expert report by the party bearing the burden of proof.  All expert

reports shall provide the information required by Fed. R. Civ. P. 26(a)(2)(B).  All

expert discovery shall be completed, and discovery shall close, no later than July

26, 2013.

3.    All dispositive motions shall be filed and served no later than August 12, 2013,

and shall be subject to Rule 7007-1 of the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the District of Delaware.

Nothing in this Order shall prevent any party from filing a dispositive motion

prior to the close of all discovery or the party opposing any dispositive motion

from pursuing any rights and remedies provided by Fed. R. Civ. P. 56(d).

Briefing on any dispositive motion shall proceed in accordance with Local Rule

7007-1.  Oral argument will be conducted only upon leave of Court.  The filing of

any dispositive motion shall not serve to extend or delay any of the dates or

deadlines specified herein.

4.    In the event that this adversary proceeding is not settled, dismissed or otherwise resolved before then, trial will be held on _____, 2013, commencing at __:__ _.m.

5.    Other than as expressly provided herein, all other terms and provisions of the Scheduling Order and the Mediation Order shall remain in full force and effect. *

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

*Counsel may request a pre-trial conference when the matter is ready for trial.

AGREED TO AND
APPROVED FOR ENTRY:

Dated:    February 21, 2013
              Wilmington, Delaware

BENESCH, FRIEDLANDER, COPLAN &          SKADDEN, ARPS, SLATE, MEAGHER &
ARONOFF LLP                             FLOM LLP


By: */s/ Raymond H. Lemisch*            By: */s/ Anthony W. Clark*
Raymond H. Lemisch, Esquire (No. 4204)  Anthony W. Clark (I.D. No. 2051)
222 Delaware Avenue, Suite 801          Kristhy M. Peguero (I.D. No. 4903)
Wilmington, Delaware 19801              One Rodney Square
Telephone: (302) 442-7010               P.O. Box 636
                                        Wilmington, Delaware 19899-0636
and                                     Telephone: (302) 651-3000
                                        Fax: (302) 651-3001

Barry L. Wilkie, Esquire
Stuart N. Bennett, Esquire              and
Jones & Keller, P.C.
1999 Broadway, Suite 3150               Ron E. Meisler
Denver, Colorado 80202                  Ebba Gebisa
Telephone: (303) 573-1600               Skadden, Arps, Slate, Meagher & Flom LLP
                                        155 N. Wacker Dr.
*Counsel for Aleron Larson, Jr. and BWAB*   Chicago, Illinois 60606
*Limited Liability Company*             Telephone: (312) 407-0700
                                        Fax: (312) 407-0411

                                        *Counsel for Plaintiffs Delta Petroleum General*
                                        *Recovery Trust and Par Petroleum Corporation*


**SO ORDERED:**

Dated: Feb 25 , 2013
           Wilmington, Delaware

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE