# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLUEM CORPORATION, | : | Case No. 11-14006 (KJC) |
| et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |
| DELTA PETROLEUM GENERAL | : | |
| RECOVERY TRUST | : | |
| and | : | |
| PAR PETROLEUM CORPORATION, | : | Adv. Pro No. 12-50898 (KJC) |
| | : | |
| Plaintiffs, | : | Re: Docket No. ____ |
| v. | : | |
| | : | |
| BWAB LIMITED LIABILITY COMPANY, | : | |
| | : | |
| Defendant. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |
| DELTA PETROLEUM GENERAL | : | |
| RECOVERY TRUST | : | Adv. Pro No. 12-50877 (KJC) |
| and | : | |
| PAR PETROLEUM CORPORATION, | : | Re: Docket No. ____ |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| ALERON LARSON, JR, | : | |
| | : | |
| Defendant. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |

**ORDER GRANTING STIPULATED BRIEFING SCHEDULE**

AND NOW, upon consideration of the Stipulated Briefing Schedule[1] (the "Stipulation"), it is hereby

---

[1] All capitalized terms will be defined as in the Stipulation.

7553167 v1

ORDERED that the Stipulation is APPROVED, and it is further

ORDERED that the time for BWAB and Larson to file their responses to Plaintiffs' motions for summary judgment is extended through and including March 12, 2013, and it is further

ORDERED that the time for Plaintiffs to file their reply briefs is extended through and including March 26, 2013.

Dated: _____, 2013                    _____
                                                HONORABLE KEVIN J. CAREY
                                                United States Bankruptcy Judge