# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| DELTA PETROLUEM, et al., : | Case No. 11-14006 (KJC) |
| : | Jointly Administered |
| Debtors. : | |
| : | |
| DELTA PETROLEUM GENERAL : | |
| RECOVERY TRUST and PAR : | |
| PETROLEUM CORPORATION, : | |
| : | Adv. Pro No. 12-50877 (KJC) |
| Plaintiffs, : | |
| v. : | |
| : | |
| ALERON LARSON, JR., : | |
| : | |
| Defendant, Counterclaimant. : | |
| : | |

## NOTICE OF SERVICE OF DISCOVERY

I, Raymond H. Lemisch, Esquire, hereby certify that on March 11, 2013, a true and complete copy of the following documents were served via First Class Mail, postage prepaid, or Hand Delivery upon the parties named in the attached service list:

1. *Aleron Larson, Jr.'s First Set of Written Discovery Requests to Delta Petroleum General Recovery Trust;* and

2. *Aleron Larson, Jr.'s First Set of Written Discovery Requests to Par Petroleum Corporation.*

Dated: March 11, 2013

                                           **BENESCH, FRIEDLANDER, COPLAN**
                                            **& ARONOFF LLP**

                        By:   */s/ Raymond H. Lemisch*
                            Raymond H. Lemisch, Esquire (No. 4204)
                            222 Delaware Avenue, Suite 801
                            Wilmington, DE  19801
                            (302) 442-7010  telephone
                            (302) 442-7012  facsimile
                            rlemisch@beneschlaw.com

                            - and -

Barry L. Wilkie, Esquire
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO  80202
(303) 573-1600  telephone
(303) 573-8133  facsimile
bwilkie@joneskeller.com
sbennett@joneskeller.com

*Counsel to Aleron Larson, Jr.*

7571222 v1

**Service List**

| *Via Hand Delivery* | *Via Regular Mail* |
|---|---|
| Anthony W. Clark, Esquire<br>Kristhy M. Peguero, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636 | Ron Meisler, Esquire<br>Ebba Gebisa, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, Illinois 60606-1720 |

7571222 v1