**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLUEM, et al., | : | Case No. 11-14006 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| DELTA PETROLEUM GENERAL | : | |
| RECOVERY TRUST and PAR | : | |
| PETROLEUM CORPORATION, | : | |
| | : | |
| | : | Adv. Pro No. 12-50877 (KJC) |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| ALERON LARSON, JR., | : | |
| | : | |
| Defendant, Counterclaimant. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Raymond H. Lemisch, Esquire, hereby certify that on March 12, 2013, a true and correct copy

of *Aleron Larson, Jr.'s Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment*

*Pursuant to Fed. R. Civ. P. 56 and Fed. R. Bankr. P. 7056* was served via First Class Mail, postage

prepaid, or Hand Delivery upon the following:

| *Via Hand Delivery* | *Via Regular Mail* |
|---|---|
| Anthony W. Clark, Esquire | Ron Meisler, Esquire |
| Kristhy M. Peguero, Esquire | Ebba Gebisa, Esquire |
| Skadden, Arps, Slate, Meagher & Flom LLP | Skadden, Arps, Slate, Meagher & Flom LLP |
| One Rodney Square | 155 North Wacker Drive |
| Wilmington, DE  19801 | Chicago, IL  60606-1720 |

Dated:  March 12, 2013                              **BENESCH, FRIEDLANDER, COPLAN**
                                                                          **& ARONOFF LLP**

                                        By:      */s/ Raymond H. Lemisch*
                                                      Raymond H. Lemisch, Esquire (No. 4204)
                                                      222 Delaware Avenue, Suite 801
                                                      Wilmington, DE  19801
                                                      (302) 442-7010  telephone
                                                      (302) 442-7012  facsimile
                                                      rlemisch@beneschlaw.com

                                                      - and -

7572561 v1

2

Barry L. Wilkie, Esquire
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO  80202
(303) 573-1600  telephone
(303) 573-8133  facsimile
bwilkie@joneskeller.com
sbennett@joneskeller.com

*Counsel to Aleron Larson, Jr.*

2

7572561 v1