# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DELTA PETROLUEM, et al., | Case No. 11-14006 (KJC) |
| | Jointly Administered |
| Debtors. | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | |
| | Adv. Pro No. 12-50877 (KJC) |
| Plaintiffs, | |
| v. | |
| ALERON LARSON, JR., | |
| Defendant, Counterclaimant. | |

## CERTIFICATE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on March 12, 2013, a true and correct copy of *Aleron Larson, Jr.'s Motion to Permit Discovery Pursuant to Fed. R. Bankr. P. 7056 and Fed. R. Civ. P. 56(d) Prior to Decision Regarding Plaintiffs' Motion for Summary Judgment* was served via First Class Mail, postage prepaid, or Hand Delivery upon the following:

| *Via Hand Delivery* | *Via Regular Mail* |
|---|---|
| Anthony W. Clark, Esquire | Ron Meisler, Esquire |
| Kristhy M. Peguero, Esquire | Ebba Gebisa, Esquire |
| Skadden, Arps, Slate, Meagher & Flom LLP | Skadden, Arps, Slate, Meagher & Flom LLP |
| One Rodney Square | 155 North Wacker Drive |
| Wilmington, DE  19801 | Chicago, IL  60606-1720 |

Dated:  March 12, 2013            **BENESCH, FRIEDLANDER, COPLAN
                                    & ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
         Raymond H. Lemisch, Esquire (No. 4204)
         222 Delaware Avenue, Suite 801
         Wilmington, DE  19801
         (302) 442-7010  telephone
         (302) 442-7012  facsimile
         rlemisch@beneschlaw.com

- and -

7572593 v1

Barry L. Wilkie, Esquire
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO  80202
(303) 573-1600  telephone
(303) 573-8133  facsimile
bwilkie@joneskeller.com
sbennett@joneskeller.com

*Counsel to Aleron Larson, Jr.*