**EXHIBIT 1**

711177-WILSR01A - MSW

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :
In re:                                            :  Chapter 11
                                                  :
DELTA PETROLEUM CORPORATION,                      :  Case No. 11-14006 (KJC)
et al.,                                           :
                                                  :  Jointly Administered
              Debtors.                            :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - -x
DELTA PETROLEUM GENERAL                           :
RECOVERY TRUST                                    :
and                                               :
PAR PETROLEUM CORPORATION,                        :  Adv. Pro No. 12-50877 (KJC)
                                                  :
              Plaintiffs,                         :  Related Docket Nos. 34, 35, 36, 37, 41,
v.                                                :  42, ___
                                                  :
ALERON LARSON, JR,                                :
                                                  :
              Defendant.                          :
- - - - - - - - - - - - - - - - - - - - - - - - -x
DELTA PETROLEUM GENERAL                           :
RECOVERY TRUST                                    :
and                                               :
PAR PETROLEUM CORPORATION,                        :
                                                  :  Adv. Pro No. 12-50898 (KJC)
              Plaintiffs,                         :
v.                                                :  Related Docket Nos. 34, 35, 36, 37, 41,
                                                  :  42, ___
BWAB LIMITED LIABILITY COMPANY,                   :
                                                  :
              Defendant.                          :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - -x
```

**ORDER APPROVING STIPULATION AMENDING BRIEFING SCHEDULE**

2

Upon consideration of the stipulation amending the briefing schedule (the "<u>Stipulation</u>")[1], and good cause appearing for the requested relief, it is hereby

ORDERED, ADJUDGED AND DECREED that:

1. The Stipulation attached hereto as <u>Exhibit A</u> is hereby approved.

2. The time within which the Plaintiffs may file their reply to Larson and BWAB's responses to the Plaintiffs' motions for summary judgment is extended through and including April 5, 2013.

Dated: March ___, 2013
       Wilmington, Delaware

                              KEVIN J. CAREY
                              UNITED STATES BANKRUPTCY JUDGE

---

[1] Terms not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.

**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x : | |
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLEUM CORPORATION, et al., | : : | Case No. 11-14006 (KJC) |
| | : | Jointly Administered |
| Debtors. | : : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x : | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | : : : : : | Adv. Pro No. 12-50877 (KJC) |
| Plaintiffs, | : | Related Docket Nos. 34, 35, 36, 37, 41, |
| v. | : | 42 |
| | : | |
| ALERON LARSON, JR, | : : | |
| Defendant. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | : : : : : | Adv. Pro No. 12-50898 (KJC) |
| Plaintiffs, | : | |
| v. | : : | Related Docket Nos. 34, 35, 36, 37, 41, 42 |
| BWAB LIMITED LIABILITY COMPANY, | : : | |
| Defendant. | : : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |

**STIPULATION AMENDING BRIEFING SCHEDULE**

      **WHEREAS,** on February 26, 2013, Delta Petroleum General Recovery Trust (the "Trust," and together with Par Petroleum Corporation, the "Plaintiffs"), Aleron Larson, Jr. ("Larson") and BWAB Limited Liability Company ("BWAB," and

together with the Plaintiffs and Larson, the "Parties") filed a stipulated briefing schedule (Adv. Pro. No. 12-50877; D.I. 41) (Adv. Pro. No. 12-50898; D.I. 41) with respect to the Plaintiffs' motions for summary judgment (Adv. Pro. No. 12-50877; D.I. 34-37) (Adv. Pro. No. 12-50898; D.I. 34-37);

**WHEREAS,** on February 27, 2013, the Court entered an order approving the stipulated briefing schedule (Adv. Pro. No. 12-50877; D.I. 42) (Adv. Pro. No. 12-50898; D.I. 42) (the "Briefing Schedule");

**WHEREAS,** the Parties have agreed to amend the Briefing Schedule;

**NOW, THEREFORE**, for and in consideration of the foregoing, the Parties, through their undersigned counsel, stipulate and agree, subject to approval of the Court, that the time within which the Plaintiffs may file their reply to Larson and BWAB's responses to the Plaintiffs' motions for summary judgment is extended through and including April 5, 2013.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: March 25, 2013
Wilmington, Delaware

| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| By: */s/ Raymond H. Lemish* <br> Raymond H. Lemisch, Esquire (No. 4204) <br> 222 Delaware Avenue, Suite 801 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 442-7010 <br><br> and <br><br> Barry L. Wilkie, Esquire <br> Stuart N. Bennett, Esquire <br> Jones & Keller, P.C. <br> 1999 Broadway, Suite 3150 <br> Denver, Colorado 80202 <br> Telephone: (303) 573-1600 <br><br> *Counsel for Aleron Larson, Jr. and BWAB Limited Liability Company* | By: */s/ Anthony W. Clark* <br> Anthony W. Clark (I.D. No. 2051) <br> Kristhy M. Peguero (I.D. No. 4903) <br> One Rodney Square <br> P.O. Box 636 <br> Wilmington, Delaware 19899-0636 <br> Telephone: (302) 651-3000 <br> Fax: (302) 651-3001 <br><br> and <br><br> Ron E. Meisler <br> Skadden, Arps, Slate, Meagher & Flom LLP <br> 155 N. Wacker Dr. <br> Chicago, Illinois 60606 <br> Telephone: (312) 407-0700 <br> Fax: (312) 407-0411 <br><br> *Counsel for the Reorganized Debtors and Delta Petroleum General Recovery Trust* |