## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - -   x
                                                  :
In re:                                            :   Chapter 11
                                                  :
DELTA PETROLEUM CORPORATION,                      :   Case No. 11-14006 (KJC)
et al.,                                           :
                                                  :   Jointly Administered
                     Debtors.                     :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - -   x
DELTA PETROLEUM GENERAL                            :
RECOVERY TRUST                                     :
and                                               :
PAR PETROLEUM CORPORATION,                         :   Adv. Pro No. 12-50877 (KJC)
                                                  :
                     Plaintiffs,                  :   Related Docket Nos. 34, 35, 36, 37, 41,
v.                                                :   42, 46
                                                  :
ALERON LARSON, JR,                                 :
                                                  :
                     Defendant.                   :
- - - - - - - - - - - - - - - - - - - - - - - -   x
DELTA PETROLEUM GENERAL                            :
RECOVERY TRUST                                     :
and                                               :
PAR PETROLEUM CORPORATION,                         :
                                                  :   Adv. Pro No. 12-50898 (KJC)
                     Plaintiffs,                  :
v.                                                :   Related Docket Nos. 34, 35, 36, 37, 41,
                                                  :   42, 46
BWAB LIMITED LIABILITY COMPANY,                    :
                                                  :
                     Defendant.                   :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - -   x
```

## ORDER APPROVING STIPULATION AMENDING BRIEFING SCHEDULE

Upon consideration of the stipulation amending the briefing schedule (the "Stipulation")[1], and good cause appearing for the requested relief, it is hereby ORDERED, ADJUDGED AND DECREED that:

1.   The Stipulation attached hereto as Exhibit A is hereby approved.

2.   The time within which the Plaintiffs may file their reply to Larson and BWAB's responses to the Plaintiffs' motions for summary judgment is extended through and including April 5, 2013.

Dated:   March 26, 2013
         Wilmington, Delaware

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

_____

[1]   Terms not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.

2

711189-WILSR01A - MSW