# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Delta Petroleum Corporation | : | Case No. 11-14006 (KJC) |
| | : | |
| Debtor | : | |
| | : | |
| _____ | : | |
| | : | |
| Delta Petroleum Recovery Trust | : | |
| | : | Adv. Pro. No. 12-50877 (KJC) |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| Aleron Larson, Jr. | : | |
| | : | |
| Defendant | : | |

## MEDIATION STATUS REPORT

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation and Appointing Mediator, dated January 25, 2013, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

The undersigned mediator expects that the mediation will be concluded no later than __N/A__ for the following reason(s):

__X__      A mediation session is scheduled to occur on *April 30, 2013.*

____      A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

____      OTHER:

Dated: March 28, 2013

                                                                    *William P. Bowden*
                                                                    William P. Bowden, Esq.
                                                                    Ashby & Geddes, P.A.
                                                                    500 Delaware Ave., 8th Floor
                                                                    Wilmington, DE 19801
                                                                    Telephone: (302) 654-1888
                                                                    Facsimile:  (302) 654-2067

{640037;v1 }

## CERTIFICATE OF SERVICE

I, William P. Bowden, hereby certify that, on March 28, 2013, I caused one copy of the *foregoing to be served upon the parties listed below in the manner indicated.*

**VIA FIRST CLASS U.S. MAIL**

Anthony W. Clark, Esq.
Kristhy M. Peguero, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square 920 N. King Street
Wilmington, DE  19801

**VIA FIRST CLASS U.S. MAIL**

Raymond H. Lemisch, Esq.
Benesch, Friedlander, Coplan,
& Aronoff, LLP
222 Delaware Avenue, Suite 801
Wilmington, DE  19801

**VIA FIRST CLASS U.S. MAIL**

Barry L. Wilkie, Esq.
Stuart N. Bennett, Esq.
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, CO  80202

      *William P. Bowden*
      William P. Bowden (#2553)