**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLUEM, et al., | : | Case No. 11-14006 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| DELTA PETROLEUM GENERAL | : | |
| RECOVERY TRUST and PAR | : | |
| PETROLEUM CORPORATION, | : | |
| | : | Adv. Pro No. 12-50877 (KJC) |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| ALERON LARSON, JR., | : | |
| | : | |
| Defendant, Counterclaimant. | : | |

## CERTIFICATE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on April 10, 2013, a true and correct copy of

the foregoing *Request for Oral Argument* was served via First Class Mail, postage prepaid upon the

following:

| | |
|---|---|
| Anthony W. Clark, Esquire<br>Kristhy M. Peguero, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>Wilmington, DE  19801 | Ron Meisler, Esquire<br>Ebba Gebisa, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, IL  60606-1720 |

Dated:  April 10, 2013

**BENESCH, FRIEDLANDER, COPLAN**
**& ARONOFF LLP**

By:    */s/ Raymond H. Lemisch*
Raymond H. Lemisch, Esquire (No. 4204)
222 Delaware Avenue, Suite 801
Wilmington, DE  19801
(302) 442-7010  telephone
(302) 442-7012  facsimile
rlemisch@beneschlaw.com

- and -

Barry L. Wilkie, Esquire
Stuart N. Bennett, Esquire
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO  80202
(303) 573-1600  telephone
(303) 573-8133  facsimile
bwilkie@joneskeller.com
sbennett@joneskeller.com

*Counsel to Aleron Larson, Jr.*

7608539 v1