# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x : | |
| In re: : | Chapter 11 |
| : | |
| DELTA PETROLEUM CORPORATION, et : al., : | Case No. 11-14006 (KJC) |
| : | Jointly Administered |
| Debtors. : | |
| : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x | |
| DELTA PETROLEUM GENERAL : RECOVERY TRUST : and : PAR PETROLEUM CORPORATION, : : | |
| : | Adv. Pro. No. 12-50877 (KJC) |
| Plaintiffs, : : | |
| v. : : | |
| ALERON LARSON, JR., : : | |
| Defendant. : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that the undersigned counsel for above-captioned plaintiffs (the "Plaintiffs") hereby certifies as follows:

I am not less than 18 years of age, and on April 10, 2013, I caused copies of the following documents to be served upon the parties listed on Exhibit 1 attached hereto in the manner indicated.

    1.    Responses and Objections to Aleron Larson, Jr.'s First Set of Written Discovery Requests to Delta Petroleum General Recovery Trust

2. Responses and Objections to Aleron Larson, Jr.'s First Set of Written Discovery Requests to Par Petroleum Corporation

Dated: April 10, 2013
Wilmington, Delaware

/s/ Anthony W. Clark
Anthony W. Clark (I.D. No. 2051)
Kristhy M. Peguero (I.D. No. 4903)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Ron E. Meisler
David R. Pehlke
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*

2

## EXHIBIT 1

Raymond H. Lemisch, Esq.
BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
**(By Hand Delivery)**

Barry L. Wilkie, Esq.
Stuart N. Bennett, Esq.
Aaron Goldhamer, Esq.
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
**(By First-class Mail)**

712276-WILSR01A - MSW