# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x : | |
| In re: : | Chapter 11 |
| : | |
| DELTA PETROLEUM CORPORATION, et al., : : | Case No. 11-14006 (KJC) |
| : | Jointly Administered |
| Debtors. : | |
| : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |
| DELTA PETROLEUM GENERAL : | |
| RECOVERY TRUST : | |
| and : | |
| PAR PETROLEUM CORPORATION, : | |
| : | Adv. Pro. No. 12-50877 (KJC) |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| ALERON LARSON, JR., : | |
| : | |
| Defendant. : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |

## PLAINTIFFS' REQUEST FOR ORAL ARGUMENT

On February 12, 2013, Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation (the "Plaintiffs") filed a Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 and Fed. R. Bankr. P. 7056 (Docket No. 34) (the "Summary Judgment Motion") with respect to the Plaintiffs' Amended Complaint (the "Amended Complaint") (Docket No. 23). On March 12, 2013, Defendant Aleron Larson, Jr. (the "Defendant"), filed the Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 and Fed. R. Bankr. P. 7056 (Docket No. 44). On April 5, 2013, the Plaintiffs filed the Reply Memorandum in Support of Plaintiffs' Motion for Summary Judgment (Docket No. 52). On April 10, 2013, Defendant filed his Request for Oral Argument with respect to his Motion to

Permit Discovery Prior to Decision Regarding Plaintiffs' Motion for Summary Judgment (Docket No. 53) (the "Motion to Permit Discovery").

WHEREFORE, pursuant to Local Rule 7007-3, the Plaintiffs respectfully request that oral argument be scheduled at the Court's convenience on the briefing between the Plaintiffs and the Defendant with respect to the Summary Judgment Motion.

If the Court decides to hear argument on the Summary Judgment Motion and Defendant's Motion to Permit Discovery, then Plaintiffs further request that the Court schedule all argument for the same day so that in the event that the Court denies the Motion to Permit Discovery it may immediately take argument on the Summary Judgment Motion.

Dated: April 12, 2013
      Wilmington, Delaware

*/s/ Anthony W. Clark*
Anthony W. Clark (I.D. No. 2051)
Kristhy M. Peguero (I.D. No. 4903)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Ron E. Meisler
David R. Pehlke
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------x
:
In re: : Chapter 11
:
DELTA PETROLEUM CORPORATION, et : Case No. 11-14006 (KJC)
al., :
: Jointly Administered
Debtors. :
:
------------------------------------x
:
DELTA PETROLEUM GENERAL :
RECOVERY TRUST :
and :
PAR PETROLEUM CORPORATION, :
: Adv. Pro. No. 12-50877 (KJC)
Plaintiffs, :
:
v. :
:
ALERON LARSON, JR., :
:
Defendant. :
------------------------------------x

**ORDER SCHEDULING ORAL ARGUMENT**

Upon the request of the Plaintiffs in the above-captioned adversary proceeding for oral argument in connection with Summary Judgment Motion (Docket No. 34), it is hereby:

ORDERED, that oral argument on Summary Judgment Motion will be held on

_____, 2013 at ___:___ __.m (ET).


Dated: Wilmington, Delaware
_____ ___, 2013

                              _____
                              Honorable Kevin J. Carey
                              UNITED STATES BANKRUPTCY JUDGE


712055-WILSR01A - MSW

## CERTIFICATE OF SERVICE

I, Anthony W. Clark, hereby certify that on April 12, 2013, I caused the foregoing **Plaintiffs' Request for Oral Argument** to be served on the parties listed below in the manner indicated thereon.

Raymond H. Lemisch, Esq.
BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
**(By Hand Delivery)**

Barry L. Wilkie, Esq.
Stuart N. Bennett, Esq.
Aaron Goldhamer, Esq.
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
**(By First-class Mail)**

*/s/ Anthony W. Clark*
Anthony W. Clark