IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| DELTA PETROLUEM, et al., : | Case No. 11-14006 (KJC) |
| Debtors. : | Jointly Administered |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, : | |
| Plaintiffs, : | Adv. Pro No. 12-50877 (KJC) |
| v. : | |
| ALERON LARSON, JR., : | |
| Defendant, Counterclaimant. : | |

### CERTIFICATE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on April 15, 2013, a true and correct copy of the foregoing *Notice of Completion of Briefing* was served via First Class Mail, postage prepaid upon the following:

| | |
|---|---|
| Anthony W. Clark, Esquire<br>Kristhy M. Peguero, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>Wilmington, DE 19801 | Ron Meisler, Esquire<br>Ebba Gebisa, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, IL 60606-1720 |

Dated: April 15, 2013

BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP

By:   /s/ Raymond H. Lemisch
Raymond H. Lemisch, Esquire (No. 4204)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
(302) 442-7010 telephone
(302) 442-7012 facsimile
rlemisch@beneschlaw.com

- and -

7612466 v1

Barry L. Wilkie, Esquire
Stuart N. Bennett, Esquire
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO  80202
(303) 573-1600  telephone
(303) 573-8133  facsimile
bwilkie@joneskeller.com
sbennett@joneskeller.com

*Counsel to Aleron Larson, Jr.*