# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - -x
                                           :
In re:                                     :    Chapter 11
                                           :
DELTA PETROLEUM CORPORATION, et :               Case No. 11-14006 (KJC)
al.,                                       :
                                           :    Jointly Administered
                                           :
                       Debtors.            :
                                           :
- - - - - - - - - - - - - - - - - - - - - - - -x
DELTA PETROLEUM GENERAL                     :
RECOVERY TRUST                             :
and                                        :
PAR PETROLEUM CORPORATION,                 :
                                           :    Adv. Pro. No. 12-50877 (KJC)
                       Plaintiffs,         :
                                           :
      v.                                   :
                                           :
ALERON LARSON, JR.,                        :
                                           :
                       Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that the undersigned counsel for above-caption plaintiffs (the "Plaintiffs") hereby certifies as follows:

I am not less than 18 years of age, and on April 24, 2013, I caused copies of the following documents to be served upon the parties listed on Exhibit 1 attached hereto in the manner indicated.

1.    Plaintiffs' First Request for Production of Documents to Defendant Larson; and

     2.      Plaintiffs' First Set of Interrogatories to Defendant Larson

Dated: April 24, 2013
Wilmington, Delaware

*/s/ Kristhy M. Peguero*_____
Anthony W. Clark (I.D. No. 2051)
Kristhy M. Peguero (I.D. No. 4903)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Ron E. Meisler
David R. Pehlke
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Plaintiffs Delta Petroleum General*
*Recovery Trust and Par Petroleum Corporation*

EXHIBIT 1

Raymond H. Lemisch, Esq.
BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
**(By Hand Delivery)**

Barry L. Wilkie, Esq.
Stuart N. Bennett, Esq.
Aaron Goldhamer, Esq.
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
**(By First-class Mail)**