IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLEUM, *et al.*, | : | Case No. 11-14006 (KJC) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | Adv. No. 12-50877 (KJC) |
| | : | |
| ALERON LARSON, JR., | : | |
| | : | **Re: Docket Nos. 45, 48 and 51** |
| Defendant, Counterclaimant. | : | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT oral argument on Defendant Aleron Larson, Jr.'s *Motion to Permit Discovery Pursuant to Fed. R. Bankr. P. 7056 and Fed. R. Civ. P. 56(d) Prior to Decision Regarding Plaintiffs' Motion for Summary Judgment* [D.I. 45] has been scheduled by the Court for May 29, 2013 at 4:00 p.m.

Dated: May 1, 2013

                                        **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

                By:   */s/ Raymond H. Lemisch*
                       Raymond H. Lemisch, Esquire (No. 4204)
                       222 Delaware Avenue, Suite 801
                       Wilmington, DE  19801
                       (302) 442-7010  telephone
                       (302) 442-7012  facsimile
                       rlemisch@beneschlaw.com

                       - and -

7636487 v1

- 2 -

Barry L. Wilkie, Esquire
Stuart N. Bennett, Esquire
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO  80202
(303) 573-1600  telephone
(303) 573-8133  facsimile
bwilkie@joneskeller.com
sbennett@joneskeller.com

*Counsel to Aleron Larson, Jr.*