# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| DELTA PETROLUEM, et al., : | Case No. 11-14006 (KJC) |
| : | Jointly Administered |
| Debtors. : | |
| | |
| DELTA PETROLEUM GENERAL : | |
| RECOVERY TRUST and PAR : | |
| PETROLEUM CORPORATION, : | |
| : | Adv. Pro No. 12-50877 (KJC) |
| Plaintiffs, : | |
| v. : | |
| : | |
| ALERON LARSON, JR., : | |
| : | |
| Defendant, Counterclaimant. : | |

## CERTIFICATE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on May 1, 2013, a true and correct copy of the foregoing *Notice of Hearing* was served on all parties registered to receive service on the electronic notification list as maintained by the Court, and First Class Mail, postage prepaid upon the following:

| | |
|---|---|
| Anthony W. Clark, Esquire<br>Kristhy M. Peguero, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>Wilmington, DE  19801 | Ron Meisler, Esquire<br>Ebba Gebisa, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, IL  60606-1720 |

Dated:  May 1, 2013

                                   **BENESCH, FRIEDLANDER, COPLAN**
                                    **& ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
        Raymond H. Lemisch, Esquire (No. 4204)
        222 Delaware Avenue, Suite 801
        Wilmington, DE  19801
        (302) 442-7010  telephone
        (302) 442-7012  facsimile
        rlemisch@beneschlaw.com

        - and -

2

Barry L. Wilkie, Esquire
Stuart N. Bennett, Esquire
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO  80202
(303) 573-1600  telephone
(303) 573-8133  facsimile
bwilkie@joneskeller.com
sbennett@joneskeller.com

*Counsel to Aleron Larson, Jr.*