# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Delta Petroleum Corporation | : | Case No. 11-14006 (KJC) |
| | : | |
|     Debtor | : | |
| | : | |
| Delta Petroleum Recovery Trust | : | Adv. Pro. No. 12-50877 (KJC) |
| | : | |
|     Plaintiff | : | |
| | : | |
|     v. | : | |
| | : | |
| Aleron Larson, Jr. | : | |
| | : | |
|     Defendant | : | |
| | : | |
| Delta Petroleum Recovery Trust | : | Adv. Pro. No. 12-50898 (KJC) |
| | : | |
|     Plaintiff | : | |
| | : | |
|     v. | : | |
| | : | |
| BWAB Limited Liability Company | : | |
| | : | |
|     Defendant | : | |

## MEDIATOR'S CERTIFICATE OF COMPLETION

    In accordance with this Court's Amended Order Assigning Adversary Proceeding to Mediation, and Appointing Mediator dated January 31, 2013, the undersigned mediator reports that a mediation of the matter was held on April 30, 2013.

*[THE REMAINDER OF THIS PAGE WAS INTENTIONALLY LEFT BLANK]*

{00743315;v1 }

(a)     The following individuals were present:

    (1) Parties (name and capacity) -

        Plaintiffs – Delta Petroleum General Recovery Trust and Par Petroleum by Seth Bullock.

        Defendant(s) – Aleron Larson, Jr. for defendant Larson, and Steve Roitman on behalf of defendant BWAB Limited Liability Company.

    (2) Counsel (name and party representing) -

        Anthony W. Clark, Esq. on behalf of Plaintiffs.

        Barry L. Wilkie, Esq. (telephonic), and Stuart N. Bennett Esq. on behalf of the Defendants.

(b)     The following parties failed to appear and/or participate as ordered: N/A

(c)     The outcome of the mediation conference was:

_____ The mediator understands that this matter has been completely resolved and counsel will file an appropriate stipulation and proposed order within twenty (20) days of the conference.

_____ The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within (20) days.

_____ The following issues remain for this court to resolve:

__X__ The matter has not been resolved and should proceed to trial.

_____ OTHER:

Dated: May 1, 2013         */s/ William P. Bowden*
        William P. Bowden, Esq.
        Ashby & Geddes, P.A.
        500 Delaware Ave., 8th Floor
        Wilmington, DE 19801
        Tel: (302) 654-1888
        Fax: (302) 654-2067

{00743315;v1 }