## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------ x
:
In re:                                              :    Chapter 11
:
DELTA PETROLUEM CORPORATION, *et al.*,   :    Case No. 11-14006 (KJC)
:    (Jointly Administered)
Debtors.                            :
:
------------------------------ x
DELTA PETROLEUM GENERAL             :
RECOVERY TRUST and PAR PETROLEUM    :
CORPORATION,                        :
:
Plaintiffs,                     :    Adv. Pro No. 12-50898 (KJC)
v.                                  :
:
BWAB LIMITED LIABILITY COMPANY,     :
:
Defendant.                      :
------------------------------ x
DELTA PETROLEUM GENERAL             :
RECOVERY TRUST and PAR PETROLEUM    :
CORPORATION,                        :
:
Plaintiffs,                     :    Adv. Pro No. 12-50877 (KJC)
v.                                  :
:
ALERON LARSON, JR.,,                :
:
Defendant.                      :
:
------------------------------ x

### DEFENDANTS BWAB LIMITED LIABILITY COMPANY AND
### ALERON LARSON, JR.'S NOTICE OF DEPOSITION

TO:    Seth Bullock
       c/o Anthony W. Clark, Esquire
       Skadden Arps Slate Meagher & Flom LLP
       One Rodney Square
       P.O. Box 636
       Wilmington, DE 19899

PLEASE TAKE NOTICE that pursuant to Rule 7030 of the Federal Rules of Bankruptcy Procedure and Rule 30 of the Federal Rules of Civil Procedure, Defendants BWAB Limited Liability Company and Aleron Larson, Jr., by and through their undersigned counsel, will, on the date and time set forth below, take the deposition of the individual set forth below, at the offices of Jones & Keller, P.C., 1999 Broadway, Suite 3150, Denver, CO 80202.  Said deposition will be taken by a certified court reporter authorized to administer oaths and take testimony and will be recorded stenographically, and shall continue from day to day until completed, excluding weekends and holidays.  All parties are invited to attend and to participate if so desired.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

| Deponent | Date | Time |
|---|---|---|
| Seth Bullock | Thursday, May 9, 2013 | 9:00 a.m. (MDT) |

Dated: May 2, 2013

            **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:    */s/ Raymond H. Lemisch*
      Raymond H. Lemisch, Esquire (No. 4204)
      222 Delaware Avenue, Suite 801
      Wilmington, DE 19801
      (302) 442-7010 (Telephone)
      (302) 442-7012 (Facsimile)
      rlemisch@beneschlaw.com

- and –

Barry L. Wilkie, Esquire
Stuart N. Bennett, Esquire
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
(302) 573-1600 telephone
(302) 573-8133 facsimile
bwilkie@joneskeller.com
sbennett@joneskeller.com

*Counsel to BWAB Limited Liability Company and Aleron Larson, Jr.*