# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLUEM, et al., | : | Case No. 11-14006 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| Delta Petroleum General Recovery Trust and Par Petroleum Corporation, | : | |
| | : | |
| Plaintiffs, | : | Adv. Proc. No. 12-50898 (KJC) |
| v. | : | |
| | : | |
| BWAB Limited Liability Company, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| Delta Petroleum General Recovery Trust and Par Petroleum Corporation, | : | |
| | : | |
| Plaintiffs, | : | Adv. Proc. No. 12-50877 (KJC) |
| v. | : | |
| | : | |
| Aleron Larson, Jr., | : | |
| | : | |
| Defendant. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on May 7, 2013, a true and correct copy of the foregoing *Defendants BWAB Limited Liability Company and Aleron Larson, Jr.'s Amended Notice of Deposition* was served on all parties registered to receive service on the electronic notification list as maintained by the Court, and via Hand Delivery or First Class Mail, postage prepaid upon the following:

7645340 v1

| *Via Hand Delivery* | *Via Regular Mail* |
|---|---|
| Anthony W. Clark, Esquire | Ron Meisler, Esquire |
| Kristhy M. Peguero, Esquire | Ebba Gebisa, Esquire |
| Skadden, Arps, Slate, Meagher & Flom LLP | Skadden, Arps, Slate, Meagher & Flom LLP |
| One Rodney Square | 155 North Wacker Drive |
| Wilmington, DE  19801 | Chicago, IL  60606-1720 |

Dated: May 7, 2013

                                       **BENESCH, FRIEDLANDER, COPLAN**
                                        **& ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
         Raymond H. Lemisch, Esquire (No. 4204)
         222 Delaware Avenue, Suite 801
         Wilmington, DE  19801
         (302) 442-7010  telephone
         (302) 442-7012  facsimile
         rlemisch@beneschlaw.com

         - and -

         Barry L. Wilkie, Esquire
         Stuart N. Bennett, Esquire
         **JONES & KELLER, P.C.**
         1999 Broadway, Suite 3150
         Denver, CO  80202
         (303) 573-1600  telephone
         (303) 573-8133  facsimile
         bwilkie@joneskeller.com
         sbennett@joneskeller.com

         *Counsel to BWAB Limited Liability Company*