IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DELTA PETROLEUM CORPORATION, et al., | : | Case No. 11-14006 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | : | |
| | : | Adv. Pro. No. 12-50877 (KJC) |
| Plaintiffs, | : | |
| v. | : | |
| ALERON LARSON, JR., | : | |
| Defendant. | : | |

NOTICE OF DEPOSITION OF
ALERON LARSON, JR.

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure (the "Federal Rules"), made applicable to the above captioned adversary proceeding pursuant to Federal Rule 7030 of the Federal Rules of Bankruptcy Procedure, Plaintiffs, by and through their undersigned counsel, will take the deposition upon oral examination of Aleron Larson, Jr. before a notary public or other officer before whom depositions may be taken at the offices of Jones & Keller, P.C., 1999 Broadway, Suite 3150, Denver, Colorado on June 6, 2013 beginning at 9:00 a.m. (Mountain) and continuing until completed.  The aforesaid examination will commence on the date and

time set forth above and will continue from day to day thereafter, or upon such adjourned dates as may be agreed upon by the parties, until concluded.

The deposition shall be under oath and shall be recorded by stenographic, sound and/or visual means. You are invited to attend.

Dated:      May 17, 2013
            Wilmington, Delaware

                              */s/ Anthony W. Clark*
                              Anthony W. Clark (I.D. No. 2051)
                              Kristhy M. Peguero (I.D. No. 4903)
                              Skadden, Arps, Slate, Meagher & Flom LLP
                              One Rodney Square
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              Telephone: (302) 651-3000
                              Fax: (302) 651-3001

- and -

Ron E. Meisler
David R. Pehlke
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*

713677-WILSR01A - MSW