**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLUEM, et al., | : | Case No. 11-14006 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | : : : | |
| | : | Adv. Pro No. 12-50877 (KJC) |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| ALERON LARSON, JR., | : | |
| | : | |
| Defendant, Counterclaimant. | : | |

**NOTICE OF SERVICE OF DISCOVERY**

I, Raymond H. Lemisch, Esquire, hereby certify that on May 24, 2013, true and correct copies of *Defendant Larson's Response to Plaintiffs' First Request for Production of Documents* and *Defendant Larson's Responses to Plaintiffs' First Set of Interrogatories* were served via the method indicated upon the following:

| | |
|---|---|
| Anthony W. Clark, Esquire<br>Kristhy M. Peguero, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>Wilmington, DE 19801 | Ron Meisler, Esquire<br>Ebba Gebisa, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, IL 60606-1720 |

Dated: May 24, 2013          **BENESCH, FRIEDLANDER, COPLAN**
                                          **& ARONOFF LLP**

By:    */s/ Raymond H. Lemisch*
        Raymond H. Lemisch, Esquire (No. 4204)
        222 Delaware Avenue, Suite 801
        Wilmington, DE 19801
        (302) 442-7010 telephone
        (302) 442-7012 facsimile
        rlemisch@beneschlaw.com

                    - and -

7668079 v1

2

        Barry L. Wilkie, Esquire
        Stuart N. Bennett, Esquire
        **JONES & KELLER, P.C.**
        1999 Broadway, Suite 3150
        Denver, CO  80202
        (303) 573-1600  telephone
        (303) 573-8133  facsimile
        bwilkie@joneskeller.com
        sbennett@joneskeller.com

        *Counsel to Aleron Larson, Jr.*