## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
: 
DELTA PETROLEUM CORPORATION, et al., : Case No. 11-14006 (KJC)
: 
: Jointly Administered
Debtors. :
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DELTA PETROLEUM GENERAL :
RECOVERY TRUST :
and :
PAR PETROLEUM CORPORATION, :
: Adv. Pro. No. 12-50877 (KJC)
Plaintiffs, :
: 
v. :
: 
ALERON LARSON, JR., :
: 
Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of David R. Pehlke to represent Delta Petroleum General Recovery Trust and Par Petroleum Corporation in the above captioned adversary proceeding.

Dated: Wilmington, Delaware
       May 29, 2013

                                          */s/ Anthony W. Clark*
                                          Anthony W. Clark (I.D. No. 2051)
                                          Skadden, Arps, Slate, Meagher & Flom LLP
                                          One Rodney Square
                                          P.O. Box 636
                                          Wilmington, Delaware 19899-0636
                                          (302) 651-3000

                                          *Counsel for Plaintiffs Delta Petroleum General*
                                          *Recovery Trust and Par Petroleum Corporation*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: Wilmington, Delaware
       May 29, 2013

>                     */s/ David R. Pehlke*
>                     David R. Pehlke
>                     Skadden, Arps, Slate, Meagher & Flom LLP
>                     155 North Wacker Drive
>                     Chicago, Illinois 60606-1720
>                     Tel: (312) 407-0700

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: Wilmington, Delaware
       _____ ____, 2013

>                     _____
>                     Honorable Kevin J. Carey
>                     UNITED STATES BANKRUPTCY JUDGE

3