IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLEUM, et al., | : | Case No. 11-14006 (KJC) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |
| DELTA PETROLEUM GENERAL | : | |
| RECOVERY TRUST, and PAR | : | |
| PETROLEUM CORPORATION, | : | |
| | : | Adv. Pro No. 12-50877 (KJC) |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| ALERON LARSON, JR. | : | |
| | x | |
| Defendant, Counterclaimant. | | |

**ALERON LARSON, JR.'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Aleron Larson, Jr. ("Larson"), by his undersigned counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7056 of the Federal Rules of Bankruptcy Procedure, hereby cross-moves (by this "Cross-Motion") for summary judgment in his favor and against Plaintiffs concerning Plaintiffs' claims (*see* Adv. D.I. 23) and Larson's counterclaims (*see* Adv. D.I. 26).

In support of this Cross-Motion, Larson respectfully refers the Court to the Memorandum of Law in Support of his Cross-Motion filed contemporaneously herewith, as well as his Opposition to Plaintiffs' Motion for Summary Judgment (Adv. D.I. 44), both of which he hereby incorporates by reference.

7713293 v1

WHEREFORE, Larson respectfully requests that the Court enter an Order: (i) granting the Cross-Motion in all respects; and (ii) granting Larson such relief as is just and proper. A proposed order follows for the Court's convenience.

Dated:    June 21, 2013

          **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

          By:  /s/ Raymond H. Lemisch
              Raymond H. Lemisch, Esquire (No. 4204)
              222 Delaware Avenue, Suite 801
              Wilmington, DE 19801
              (302) 442-7010 telephone
              (303) 442-7012 facsimile
              rlemisch@beneschlaw.com

              – and –

              Barry L. Wilkie, Esq.
              Stuart N. Bennett, Esq.
              **JONES & KELLER, P.C**
              1999 Broadway, Suite 3150
              Denver, CO  80202
              (303) 573-1600 telephone
              (303) 573-8133 facsimile
              bwilkie@joneskeller.com

              *Counsel to Aleron Larson, Jr.*