# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DELTA PETROLEUM, et al., | : | Case No. 11-14006 (KJC) |
| Debtors. | : | Jointly Administered |
| DELTA PETROLEUM GENERAL RECOVERY TRUST, and PAR PETROLEUM CORPORATION, | : | |
| Plaintiffs, | : | Adv. Pro No. 12-50877 (KJC) |
| v. | : | |
| ALERON LARSON, JR. | : | |
| Defendant, Counterclaimant. | | |

## ORDER GRANTING ALERON LARSON, JR.'S
## CROSS-MOTION FOR SUMMARY JUDGMENT

Upon consideration of Aleron Larson Jr.'s Cross-Motion for Summary Judgment ("Cross-Motion") pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7056 of the Federal Rules of Bankruptcy procedure, it is hereby ORDERED, ADJUDGED AND DECREED that the Cross-Motion is granted.

Date: _____            _____
                                                                    Hon. Kevin J. Carey
                                                                    United States Bankruptcy Judge

7713283 v1