# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DELTA PETROLUEM, *et al.*, | Case No. 11-14006 (KJC) |
| Debtors. | Jointly Administered |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | Adv. Pro. No. 12-50898 (KJC) |
| Plaintiffs, | |
| v. | |
| BWAB LIMITED LIABILITY COMPANY, | |
| Defendant. | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | Adv. Pro. No. 12-50877 (KJC) |
| Plaintiffs, | |
| v. | |
| ALERON LARSON, JR., | |
| Defendant. | |

## NOTICE OF SERVICE OF DISCOVERY

I, Raymond H. Lemisch, Esquire, hereby certify that on June 28, 2013, true and correct copies of the foregoing *Defendants' Expert Disclosures* were served upon the following via the method indicated:

7723611 v1

| | |
|---|---|
| <u>***Via Hand Delivery***</u><br>Anthony W. Clark, Esquire<br>Kristhy M. Peguero, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>Wilmington, DE 19801 | <u>***Via Priority Mail***</u><br>Ron Meisler, Esquire<br>Ebba Gebisa, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, IL 60606-1720 |

Dated: July 1, 2013

                    **BENESCH, FRIEDLANDER, COPLAN
                        & ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
       Raymond H. Lemisch, Esquire (No. 4204)
       Jennifer E. Smith, Esquire (No. 5278)
       222 Delaware Avenue, Suite 801
       Wilmington, DE 19801
       (302) 442-7010 telephone
       (302) 442-7012 facsimile
       rlemisch@beneschlaw.com
       jsmith@beneschlaw.com

       - and -

       Barry L. Wilkie, Esquire
       Stuart N. Bennett, Esquire
       **JONES & KELLER, P.C.**
       1999 Broadway, Suite 3150
       Denver, CO 80202
       (303) 573-1600 telephone
       (303) 573-8133 facsimile
       bwilkie@joneskeller.com
       sbennett@joneskeller.com

       *Counsel to BWAB Limited Liability Company*

7723611 v1