**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
DELTA PETROLEUM CORPORATION,                             :   Case No. 11-14006 (KJC)
et al.,                                                  :
                                                         :   Jointly Administered
              Debtors.                                   :
                                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
DELTA PETROLEUM GENERAL                                  :
RECOVERY TRUST                                           :
and                                                      :
PAR PETROLEUM CORPORATION,                               :   Adv. Pro No. 12-50877 (KJC)
                                                         :
              Plaintiffs,                                :   Related Docket No. 45
v.                                                       :
                                                         :
ALERON LARSON, JR,                                       :
                                                         :
              Defendant.                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
DELTA PETROLEUM GENERAL                                  :
RECOVERY TRUST                                           :
and                                                      :
PAR PETROLEUM CORPORATION,                               :   Adv. Pro No. 12-50898 (KJC)
                                                         :
              Plaintiffs,                                :   Related Docket No. 45
v.                                                       :
                                                         :
BWAB LIMITED LIABILITY COMPANY,                          :
                                                         :
              Defendant.                                 :
                                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

**CERTIFICATION OF COUNSEL IN SUPPORT OF ENTRY OF ORDER**
**APPROVING STIPULATION RESOLVING RULE 56(D) MOTIONS**

2

The undersigned counsel for Delta Petroleum General Recovery Trust (the "Trust") and Par Petroleum Corporation ("Par," and together with the Trust, the "Plaintiffs") hereby certifies as follows:

Pursuant to the stipulation (the "Stipulation")[1], attached hereto as <u>Exhibit 1</u>, the Plaintiffs, Aleron Larson, Jr. and BWAB Limited Liability Company have agreed that the Rule 56(d) Motions are moot.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

---

[1]   Terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

WHEREFORE, the Plaintiffs respectfully request that the Court enter an order approving the Stipulation at its earliest convenience.

Dated: Wilmington, Delaware
      July 2, 2013

                              */s/ Kristhy M. Peguero*
                              Anthony W. Clark (I.D. No. 2051)
                              Kristhy M. Peguero (I.D. No. 4903)
                              Skadden, Arps, Slate, Meagher & Flom LLP
                              One Rodney Square
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              Telephone: (302) 651-3000
                              Fax: (302) 651-3001

                              - and -

                              Ron E. Meisler
                              David R. Pehlke
                              Skadden, Arps, Slate, Meagher & Flom LLP
                              155 N. Wacker Dr.
                              Chicago, Illinois 60606
                              Telephone: (312) 407-0700
                              Fax: (312) 407-0411

                              *Counsel for Plaintiffs Delta Petroleum General*
                              *Recovery Trust and Par Petroleum Corporation*