**EXHIBIT 1**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - -     x
                                                       :
In re:                                                 :          Chapter 11
                                                       :
DELTA PETROLEUM CORPORATION,                           :          Case No. 11-14006 (KJC)
et al.,                                                :
                                                       :          Jointly Administered
            Debtors.                                   :
                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - -     x
DELTA PETROLEUM GENERAL                                :
RECOVERY TRUST                                         :
and                                                    :
PAR PETROLEUM CORPORATION,                             :          Adv. Pro No. 12-50877 (KJC)
                                                       :
            Plaintiffs,                                :          Related Docket Nos. 45, ___
v.                                                     :
                                                       :
ALERON LARSON, JR,                                     :
                                                       :
            Defendant.                                 :
- - - - - - - - - - - - - - - - - - - - - - - - -     x
DELTA PETROLEUM GENERAL                                :
RECOVERY TRUST                                         :
and                                                    :
PAR PETROLEUM CORPORATION,                             :          Adv. Pro No. 12-50898 (KJC)
                                                       :
            Plaintiffs,                                :          Related Docket Nos. 45, ___
v.                                                     :
                                                       :
BWAB LIMITED LIABILITY COMPANY,                        :
                                                       :
            Defendant.                                 :
                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - -     x

## ORDER APPROVING STIPULATION RESOLVING RULE 56(D) MOTIONS

Upon consideration of the stipulation resolving the Rule 56(d) Motions (the "Stipulation")[1], and good cause appearing for the requested relief, it is hereby

ORDERED, ADJUDGED AND DECREED that:

1.    The Stipulation attached hereto as Exhibit A is hereby approved.

2.    The Rule 56(d) Motions are moot.

Dated:    _____ ___, 2013
          Wilmington, Delaware

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

---

[1]    Terms not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.

**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
In re:                                                  :        Chapter 11
                                                        :
DELTA PETROLEUM CORPORATION,                            :        Case No. 11-14006 (KJC)
et al.,                                                 :
                                                        :        Jointly Administered
                        Debtors.                        :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
DELTA PETROLEUM GENERAL                                  :
RECOVERY TRUST                                          :
and                                                     :
PAR PETROLEUM CORPORATION,                              :        Adv. Pro No. 12-50877 (KJC)
                                                        :
                        Plaintiffs,                     :        Related Docket No. 45
v.                                                      :
                                                        :
ALERON LARSON, JR,                                      :
                                                        :
                        Defendant.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
DELTA PETROLEUM GENERAL                                  :
RECOVERY TRUST                                          :
and                                                     :
PAR PETROLEUM CORPORATION,                              :        Adv. Pro No. 12-50898 (KJC)
                                                        :
                        Plaintiffs,                     :        Related Docket No. 45
v.                                                      :
                                                        :
BWAB LIMITED LIABILITY COMPANY,                          :
                                                        :
                        Defendant.                      :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STIPULATION RESOLVING RULE 56(D) MOTIONS**

     **WHEREAS,** on February 12, 2013, Delta Petroleum General Recovery Trust
and Par Petroleum Corporation (together, "Plaintiffs"), filed motions for summary
judgment (the "Summary Judgment Motions") in the adversary proceedings pending

against Aleron Larson, Jr. ("Larson") and BWAB Limited Liability Company ("BWAB," and together with Larson, the "Defendants") (Adv. Pro. No. 12-50877; D.I. 34-37) (Adv. Pro. No. 12-50898; D.I. 34-37);

**WHEREAS,** on March 12, 2013, the Defendants filed motions to permit discovery pursuant to Federal Rule of Civil Procedure 56(d) and Federal Rule of Bankruptcy Procedure 7056 prior to a decision on the Summary Judgment Motions (Adv. Pro. No. 12-50877; D.I. 45) (Adv. Pro. No. 12-50898; D.I. 45) (the "Rule 56(d) Motions");

**WHEREAS,** on June 5, 2013 through June 7, 2013, the depositions of Larson, a BWAB representative, Kevin Nanke and R. Seth Bullock were taken;

**WHEREAS,** pursuant to the Second Amended Scheduling Orders entered on May 15, 2013, fact discovery closed on June 7, 2013 (Adv. Pro. No. 12-50877; D.I. 66) (Adv. Pro. No. 12-50898; D.I. 66);

**WHEREAS**, On June 21, 2013, Defendants filed cross motions for summary judgment (Adv. Pro. No. 12-50877; D.I. 74, 75) (Adv. Pro. No. 12-50898; D.I. 74, 75) (the "Cross Motions");

**WHEREAS,** at the status conference on the Rule 56(d) Motions held on June 26, 2013, the Defendants represented to the Court that, although Defendants have pending disputes with Plaintiffs concerning the adequacy of Plaintiffs' responses to Defendants' written discovery (and Plaintiffs also have advised Defendants that Plaintiffs have pending disputes with Defendants concerning the adequacy of Defendants' responses to Plaintiffs' written discovery), they do not require further discovery or resolution of the pending discovery disputes, prior to the Court's ruling on the Summary Judgment Motions or the Cross Motions and that the pending Rule 56(d) Motions are now moot;

**NOW, THEREFORE**, for and in consideration of the foregoing, the Parties, through their undersigned counsel, stipulate and agree, subject to approval of the Court, that the Rule 56(d) Motions are moot.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated:   July 2, 2013
        Wilmington, Delaware

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Raymond H. Lemisch*       
Raymond H. Lemisch (No. 4204)
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone: (302) 442-7010

and

Barry L. Wilkie
Stuart N. Bennett
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, Colorado 80202
Telephone: (303) 573-1600

*Counsel for Aleron Larson, Jr. and BWAB Limited Liability Company*

By: */s/ Anthony W. Clark*       
Anthony W. Clark (I.D. No. 2051)
Kristhy M. Peguero (I.D. No. 4903)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

and

Ron E. Meisler
David R. Pehlke
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for the Reorganized Debtors and Delta Petroleum General Recovery Trust*

3