IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| DELTA PETROLEUM CORPORATION, et al., | Case No. 11-14006 (KJC) |
| Debtors. | Jointly Administered |

---

| | |
|---|---|
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | Adv. Pro No. 12-50877 (KJC) |
| Plaintiffs, | Related Docket Nos. 45, 82 |
| v. | |
| ALERON LARSON, JR, | |
| Defendant. | |

---

| | |
|---|---|
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | Adv. Pro No. 12-50898 (KJC) |
| Plaintiffs, | Related Docket Nos. 45, 82 |
| v. | |
| BWAB LIMITED LIABILITY COMPANY, | |
| Defendant. | |

**ORDER APPROVING STIPULATION RESOLVING RULE 56(D) MOTIONS**

2

Upon consideration of the stipulation resolving the Rule 56(d) Motions (the "Stipulation")[1], and good cause appearing for the requested relief, it is hereby

ORDERED, ADJUDGED AND DECREED that:

1. The Stipulation attached hereto as Exhibit A is hereby approved.

2. The Rule 56(d) Motions are moot.

Dated: July 2, 2013
Wilmington, Delaware

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

---

[1] Terms not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.

2

711189-WILSR01A - MSW