# EXHIBIT A

Case 12-50877-KJC   Doc 84-1   Filed 07/05/13   Page 2 of 8

In Re: Delta Petroleum Corp. (Debtor)   STEVEN A. ROITMAN                              6/4/2013

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Case No. 11-14006(KJC)    (Jointly Administered)
Adv. Pro No. 12-50898(KJC)
Adv. Pro No. 12-50877(KJC)

IN RE:

DELTA PETROLEUM CORPORATION, et al.,

Debtors,

DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM
CORPORATION,

Plaintiffs,

v.

BWAB LIMITED LIABILITY COMPANY,

Defendant.

and

DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM
CORPORATION,

Plaintiffs,

v.

ALERON LARSON, JR.,

Defendant.

_____

DEPOSITION OF:   STEVEN A. ROITMAN - June 4, 2013
_____

Case 12-50877-KJC   Doc 84-1   Filed 07/05/13   Page 3 of 8

In Re: Delta Petroleum Corp. (Debtor)   STEVEN A. ROITMAN                    6/4/2013

Page 43

1   with Delta prior to this, not necessarily connected to

2   this issue, but did BWAB and Delta have a commercial

3   relationship prior to this agreement?

4           A.   Delta Petroleum and BWAB did have a

5   relationship prior to this agreement.

6           Q.   How far back had that relationship gone?

7           A.   I don't recollect.

8           Q.   How did this specific deal come about?

9                MR. BENNETT: Object to the form.  By

10  "deal," do you mean this agreement?

11          Q.   (BY MR. PEHLKE)  This agreement between

12  BWAB and Delta.

13          A.   Delta was interested in acquiring oil and

14  gas assets; and BWAB agreed to assist Delta in

15  finding, assisting in the evaluation, and acquiring

16  oil and gas properties.

17          Q.   (BY MR. PEHLKE)  Who initiated this

18  specific agreement, BWAB or Delta?

19          A.   Who initiated this agreement?

20          Q.   Who came to whom with this deal between

21  Delta and BWAB?

22          A.   BWAB went to Delta with an idea about an

23  opportunity.

24          Q.   What was the opportunity?

25          A.   To acquire certain oil and gas properties

Case 12-50877-KJC   Doc 84-1   Filed 07/05/13   Page 4 of 8

In Re: Delta Petroleum Corp. (Debtor)   STEVEN A. ROITMAN   6/4/2013

Page 44

```
 1   from Whiting Petroleum.
 2         Q.   And in exchange for BWAB's assistance,
 3   what did Delta commit to provide to BWAB?
 4         A.   Delta committed a fee schedule to BWAB for
 5   the opportunity and its services.
 6         Q.   And that fee schedule is set forth in
 7   paragraph 3 of the agreement?
 8         A.   Yes, it is.
 9         Q.   Did Whiting approach BWAB at any time
10   prior to this to indicate a desire to sell any of its
11   interests?
12         A.   I don't recollect if Whiting had asked
13   BWAB or BWAB had asked Whiting.
14         Q.   But prior to this, BWAB learned that
15   Whiting would be interested in selling its interests,
16   certain of its interests?
17         A.   Yes.
18         Q.   BWAB's role in assisting Delta, was BWAB
19   privy to the negotiations between Whiting and Delta?
20         A.   Not all of them.
21         Q.   Did BWAB participate in some of the
22   negotiations between Whiting and Delta?
23         A.   No.
24         Q.   Did BWAB review any documents that were
25   exchanged between Whiting and Delta in connection with
```

Case 12-50877-KJC    Doc 84-1    Filed 07/05/13    Page 5 of 8

In Re: Delta Petroleum Corp. (Debtor)    STEVEN A. ROITMAN    6/4/2013

Page 48

1    Q.    So despite its insertion in between, you
2    read it as applying to both?
3    A.    In the same paragraph, yes, I read it as
4    applying to both.
5    Q.    Was there a reason specific to the
6    Whiting/Delta deal or negotiations that precipitated
7    the two options in paragraph 3, sub 2; those two
8    options being a net revenue interest or a net
9    operating interest?
10    A.    I believe that the reason net operating
11    interest was contemplated is because of the approvals
12    needed by the other working interest owners within the
13    unit to approve Delta to buy all of Whiting's right,
14    title, and interest.
15    Q.    Which of the two options would -- well,
16    let me put it this way:  Does one of the two options
17    require consents and approval and the other would not
18    require consents and approval?
19    A.    That's a legal question I don't have the
20    answer to.
21    Q.    Was a net operating interest, the
22    potentiality of a net operating interest, contemplated
23    specifically to address the possibility that certain
24    consents and approvals would not be acquired?
25    A.    I believe the net operating interest was

Case 12-50877-KJC   Doc 84-1   Filed 07/05/13   Page 6 of 8

In Re: Delta Petroleum Corp. (Debtor)    STEVEN A. ROITMAN                             6/4/2013

Page 62

1  interest into and under the following, and then

2  listing all the same various interests that we saw in

3  the prior version of the agreement.

4              Is your understanding of this agreement,

5  specifically this preamble, that the use of the term

6  "net operating interest" signifies that Delta did not

7  acquire -- taking the language from the prior version

8  of the agreement -- all of seller's right, title, and

9  interest?

10             MR. BENNETT:  Object to form, lack of

11 foundation.

12       A.    My understanding is that the intent of the

13 parties, being Whiting and Delta, was for Delta to

14 acquire 100 percent of Whiting Petroleum's right,

15 title, and interest in the properties; and when

16 Whiting could not get Delta approved into the

17 partnerships, they entered into this other type of

18 interest as an accommodation, therefore, not needing

19 the partner approvals but the interest they ended up

20 acquiring and the intent, is and was the same as them

21 acquiring all right, title, and interest in and to the

22 properties exclusive of the abandonment liability.

23       Q.    (BY MR. PEHLKE)  Is it your understanding

24 that this, meaning the conveyance and assignment of

25 the net operating interest, is the same as the

Case 12-50877-KJC   Doc 84-1   Filed 07/05/13   Page 7 of 8

In Re: Delta Petroleum Corp. (Debtor)    STEVEN A. ROITMAN                6/4/2013

Page 63

1    originally contemplated conveyance of all of Whiting's

2    right, title, and interest?

3         A.   The intention was to accomplish the same

4    thing, yes.

5         Q.   If the intent was -- was the outcome the

6    same?

7         A.   To the best of my knowledge, the outcome

8    was the same.

9         Q.   If the outcome was the same, how does that

10   cure the concerns of the other partners and the lack

11   of consents?

12              MR. BENNETT:  Object to the form.

13        A.   That's a question I don't have an answer

14   to.

15        Q.   (BY MR. PEHLKE)  Do you know why the

16   language "seller's right, title, and interest" was

17   removed in favor of net operating interest?

18        A.   Again, that's a legal question I don't

19   have the answer to.

20        Q.   Do you know whether consents were required

21   to convey a net operating interest?

22        A.   I do not.

23        Q.   Do you know if consents were specifically

24   given?

25        A.   My assumption is that all the proper

Case 12-50877-KJC   Doc 84-1   Filed 07/05/13   Page 8 of 8

In Re: Delta Petroleum Corp. (Debtor)     STEVEN A. ROITMAN                           6/4/2013

Page 80

1  there's a stamp that reads, Recorded, Official

2  Records, County of Santa Barbara.  This is on the

3  Kaiser-Francis assignment of overriding royalty

4  interest.  Did BWAB record its '99 overriding royalty

5  interest with Delta?

6       A.   No, it did not.

7       Q.   Why didn't it record?

8       A.   It was requested by Delta that we don't

9  record our assignment, and it had to do with notice to

10 the other working interest owners in the unit and any

11 of the partnerships they were involved with at Point

12 Arguello.  It was also brought to our attention that

13 Delta was not recording its assignment; so the advice

14 I had from our land people and counsel was that, if we

15 had recorded our assignment, it would have been a wild

16 assignment because of Delta not recording their

17 assignment.

18      Q.   And you received that advice at the time,

19 in 1999?

20      A.   I received that advice right around the

21 time we received our assignments.

22      Q.   Was BWAB aware in 2001 that Kaiser-Francis

23 had recorded its interest?

24      A.   I was not aware.  I don't recollect being

25 aware that Kaiser-Francis recorded its interest or did