# EXHIBIT C

Case 12-50877-KJC   Doc 84-3   Filed 07/05/13   Page 2 of 6

In Re: Delta Petroleum Corp. (Debtor)   KEVIN NANKE   6/5/2013

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Case No. 11-14006(KJC)    (Jointly Administered)
Adv. Pro No. 12-50898(KJC)
Adv. Pro No. 12-50877(KJC)

IN RE:

DELTA PETROLEUM CORPORATION, et al.,

Debtors,

DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION,

Plaintiffs,

v.

BWAB LIMITED LIABILITY COMPANY,

Defendant.

and

DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION,

Plaintiffs,

v.

ALERON LARSON, JR.,

Defendant.

---

DEPOSITION OF:   KEVIN NANKE - June 5, 2013

---

Case 12-50877-KJC   Doc 84-3   Filed 07/05/13   Page 3 of 6

In Re: Delta Petroleum Corp. (Debtor)     KEVIN NANKE                           6/5/2013

Page 100

1   look at the amended operating agreement, it refers to
2   gross revenue.  That gross revenue was unclear what
3   they meant; and, therefore, I had a discussion with
4   the parties, and I believe the parties included all of
5   the overriding royalty owners, meaning the 1999
6   royalty owners, that the calculation would be subject
7   to whatever deductions are applied to a normal
8   overriding royalty consistent with the industry.
9        Q.   So the individuals that you had the
10  discussion with for 1999 would have been Mr. Larson
11  and Mr. Parker?  I think, as of 1999, they were the
12  additional overriding royalty interest holders.
13       A.   Let me clarify.  What I recall is having a
14  discussion with Mr. Parker on how is this supposed to
15  be handled.  We came up with the agreed-upon solution
16  and then applied that and had follow-up discussions
17  once the revenue checks were mailed out, This is how
18  it was applied.
19       Q.   So in 1999, when you became responsible
20  for developing these systems to get these payments
21  out, for the BWAB 1994 overriding royalty interest, I
22  believe you testified earlier that you followed
23  documents from Whiting that you received on how that
24  3 1/2 percent overriding royalty interest was counted
25  and calculated?

Case 12-50877-KJC   Doc 84-3   Filed 07/05/13   Page 4 of 6

In Re: Delta Petroleum Corp. (Debtor)   KEVIN NANKE                        6/5/2013

Page 101

1      A.   That 3 1/2 percent was a component of that
2   schedule. To be honest with you, what I was trying to
3   look at is to get to a net number that recorded what I
4   thought Delta's net was; and so I'm trying to tie to
5   that number as opposed to making sure that royalty was
6   correct, to be fair.
7           That was not my highest focus, is making
8   sure that BWAB had the perfect royalty; it was, What
9   is Delta's right number, because I'm responsible for
10  Delta's number. So it would have included a
11  calculation that was already a part of that
12  spreadsheet, and then what I did is I added --
13  inserted lines to then apply Mr. Larson's,
14  Mr. Parker's, BWAB's, and Kaiser-Francis, for that
15  matter, as a component of that spreadsheet.
16     Q.   **So is it correct then that on your**
17  **starting point, I'll try to bring these threads**
18  **together, that your starting point was -- your**
19  **understanding based on these discussions with everyone**
20  **of Delta's net, that was your initial focus, and then**
21  **you built down from there to a certain extent?**
22     A.   I'm sure I did a reasonable test to make
23  sure that what was calculated on the spreadsheet
24  turned out what was in the check; but after the first
25  one or two, I just -- I never went back and looked at

Case 12-50877-KJC   Doc 84-3   Filed 07/05/13   Page 5 of 6

In Re: Delta Petroleum Corp. (Debtor)     KEVIN NANKE                                  6/5/2013

Page 102

1   it.  I mean, once you set it up in there, it should be
2   calculating it over and over again the same way.
3         Q.   **When putting the system together, did you**
4   **rely on or analyze any of the -- for instance, the**
5   **founding agreement between BWAB and Whiting from back**
6   **in 1994?**
7         A.   I don't recall specifically saying, Here's
8   the agreement, therefore, that is the interest; or did
9   I just -- typically, when you go acquire an oil and
10  gas property, you ask for the deck of the prior owner
11  and you mimic that deck and then add in your own
12  changes; whether that happened, I'm not really sure.
13  I was one of five people at that particular time, and
14  I'm not exactly sure what hat I was wearing.
15        Q.   **Do you recall whether you independently**
16  **checked whether the 1999 interests to Larson and**
17  **Parker would have any impact on the 1994 BWAB interest**
18  **or the BWAB 1999 interest, for that matter, would have**
19  **any impact on the '94?**
20        A.   I don't know whether I looked at it or
21  not.  What we did is applied the override the way we
22  thought it was supposed to be calculated.  I don't
23  know whether there was a database taking any other
24  thing into consideration except for the gross interest
25  that we purchased.

Case 12-50877-KJC   Doc 84-3   Filed 07/05/13   Page 6 of 6

In Re: Delta Petroleum Corp. (Debtor)   KEVIN NANKE                         6/5/2013

Page 103

1         Q.   Is there any distinction in your mind
2    between the interests in the net operating interests
3    and a typical overriding royalty interest?
4         A.   I probably need more specifics to do that;
5    but, in general, no.
6         Q.   And the interest in the net operating --
7    well, let me ask this question:  Had you ever dealt
8    with a net operating interest prior to these 1999
9    agreements?
10        A.   Not that I recall.
11        Q.   So it would be fair to say that this was a
12   novel structure for you?
13        A.   It was not a typical structure that I was
14   used to applying, correct.
15        Q.   And the net operating interest, as we
16   looked at that agreement previously, and if we need to
17   we can look back at it, but that was in the cash flows
18   -- the net operating interest was the cash flow, the
19   positive or negative cash flow, that Whiting's
20   interest generated?
21        A.   The royalty was applied to a portion of
22   the information supplied by Whiting, not all of the
23   deductions, no.
24        Q.   So not everything?
25        A.   Nothing relating to a working interest was