## CERTIFICATE OF SERVICE

I, Anthony W. Clark, hereby certify that on July 5, 2013, I caused the foregoing **Plaintiffs' Memorandum of Law in Opposition to Larson's Cross-Motion for Summary Judgment** to be served on the parties listed on <u>Exhibit A</u>, attached hereto, by United States first class mail, unless otherwise indicated thereon.

>                             */s/ Anthony W. Clark*
>                             Anthony W. Clark

**Exhibit A**
<u>**Service Parties**</u>

Raymond H. Lemisch, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
**(By Hand Delivery)**

Barry L. Wilkie, Esq.
Stuart N. Bennett, Esq.
Aaron Goldhamer, Esq.
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202