# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DELTA PETROLEUM, et al., | : | Case No. 11-14006 (KJC) |
| Debtors. | : | Jointly Administered |
| DELTA PETROLEUM GENERAL RECOVERY TRUST, and PAR PETROLEUM CORPORATION, | : | |
| | : | Adv. Pro No. 12-50877 (KJC) |
| Plaintiffs, | : | |
| v. | : | |
| ALERON LARSON, JR. | : | |
| Defendant, Counterclaimant. | : | |

## ALERON LARSON, JR.'S REPLY IN SUPPORT OF
## HIS CROSS-MOTION FOR SUMMARY JUDGMENT

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

Raymond H. Lemisch (No. 4204)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
(302) 442-7010

*Counsel to Aleron Larson, Jr.*

JONES & KELLER, P.C.

Barry L. Wilkie (Colo. Bar No. 10751)
Stuart N. Bennett (Colo. Bar No. 5682)
1999 Broadway, Suite 3150
Denver, CO 80202
(303) 573-1600

7736427 v1

## TABLE OF CONTENTS

STATEMENT INCORPORATING BWAB's REPLY ........................................................ 3

Aleron Larson, Jr. ("Larson"), by and through his attorneys, submits this Reply in Support of his Cross-Motion for Summary Judgment (Adv. D.I. 74, henceforth "Cross-Motion").

### STATEMENT INCORPORATING BWAB's REPLY

As the Court is likely aware, this case is closely related to the pending Adversary Proceeding involving the same Plaintiffs as this case and Defendant/Counterclaimant BWAB Limited Liability Company ("BWAB"), bearing Adv. Pro. No. 12-50898 (KJC) (henceforth "Related Case"). The legal and factual issues in this case, however, are narrower than, but otherwise identical to, the legal and factual issues in the Related Case, especially as they relate to the 1999 ORRIs. BWAB filed a Cross-Motion for Summary Judgment in the Related Case based on issues that encompass the bases for Larson's Cross-Motion, and has also filed a Reply in support thereof. Larson and BWAB share the same counsel. As such, rather than file a Reply in support of his Cross-Motion that is repetitive of BWAB's Reply in Support of its Cross-Motion for Summary Judgment, Larson hereby incorporates by reference the arguments, evidence, and attachment referenced in BWAB's Reply in Support of its Cross-Motion, which is included here as Attachment A.

[THIS SPACE INTENTIONALLY LEFT BLANK]

Dated: July 12, 2013

                              **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
       Raymond H. Lemisch, Esquire (No. 4204)
       222 Delaware Avenue, Suite 801
       Wilmington, DE 19801
       (302) 442-7010 telephone
       (303) 442-7012 facsimile
       rlemisch@beneschlaw.com

– and –

Barry L. Wilkie, Esq.
Stuart N. Bennett, Esq.
**JONES & KELLER, P.C**
1999 Broadway, Suite 3150
Denver, CO 80202
(303) 573-1600 telephone
(303) 573-8133 facsimile
bwilkie@joneskeller.com

*Counsel to Aleron Larson, Jr.*

4

7736427 v1