# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLEUM, *et al.*, | : | Case No. 11-14006 (KJC) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | : : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | Adv. No. 12-50877 (KJC) |
| | : | |
| ALERON LARSON, JR., | : | |
| | : | |
| Defendant, Counterclaimant. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on July 12, 2013, true and correct copies of *Aleron Larson, Jr.'s Reply in Support of His Cross-Motion for Summary Judgment* were served on all parties registered to receive service on the electronic notification list as maintained by the Court, and via the method indicated upon the following:

| *Via Hand Delivery* | *Via Regular Mail* |
|---|---|
| Anthony W. Clark, Esquire | Ron Meisler, Esquire |
| Skadden, Arps, Slate, Meagher & Flom LLP | Ebba Gebisa, Esquire |
| One Rodney Square | Skadden, Arps, Slate, Meagher & Flom LLP |
| Wilmington, DE  19801 | 155 North Wacker Drive |
| | Chicago, IL  60606-1720 |

[THIS SPACE INTENTIONALLY LEFT BLANK]

7736523 v1

| | |
|---|---|
| Dated:  July 12, 2013 | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** |
| | By:   /s/ Raymond H. Lemisch |

Raymond H. Lemisch, Esquire (No. 4204)
Jennifer E. Smith, Esquire (No. 5278)
222 Delaware Avenue, Suite 801
Wilmington, DE  19801
(302) 442-7010  telephone
(302) 442-7012  facsimile
rlemisch@beneschlaw.com
jsmith@beneschlaw.com

- and -

Barry L. Wilkie, Esquire
Stuart N. Bennett, Esquire
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO  80202
(303) 573-1600  telephone
(303) 573-8133  facsimile
bwilkie@joneskeller.com
sbennett@joneskeller.com

*Counsel to BWAB Limited Liability Company*