IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLEUM, *et al.*, | : | Case No. 11-14006 (KJC) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| | : | |
| DELTA PETROLEUM GENERAL | : | |
| RECOVERY TRUST and PAR | : | |
| PETROLEUM CORPORATION, | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | Adv. No. 12-50877 (KJC) |
| | : | |
| ALERON LARSON, JR., | : | |
| | : | **Re: Docket Nos. 74, 75, 84 and 85** |
| Defendant, Counterclaimant. | : | |
| | : | |

## REQUEST FOR ORAL ARGUMENT

Defendant Aleron Larson, Jr. ("Defendant"), by and through his undersigned counsel, hereby requests that oral argument on *Aleron Larson, Jr.'s Cross-Motion for Summary Judgment* [D.I. 74] ("the Cross-Motion") be scheduled to be heard at the earliest convenience of the Court.

Additionally, as suggested by the Court at the May 29, 2013 hearing on *Aleron Larson, Jr.'s Motion to Permit Discovery Pursuant to Fed. R. Bankr. P. 7056 and Fed. R. Civ. P. 56(d) Prior to Decision Regarding Plaintiffs' Motion for Summary Judgment* [D.I. 45], Defendant respectfully requests that oral argument on the related *Plaintiffs' Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56* [D.I. 34] (the "Summary Judgment Motion") be scheduled at the same time as the Cross Motion. *Plaintiffs' Notice of Completion of Briefing* [D.I. 56] regarding

7743210 v1

the Summary Judgment Motion was filed on April 12, 2013 and forwarded to the Court with the pleadings referenced therein.

A Notice of Completion of Briefing regarding the Cross-Motion will be filed after July 19, 2013, and a binder of the relevant pleadings will be forwarded to the Court.

Dated: July 16, 2013

        **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By: */s/ Raymond H. Lemisch*
   Raymond H. Lemisch, Esquire (No. 4204)
   222 Delaware Avenue, Suite 801
   Wilmington, DE  19801
   (302) 442-7010  telephone
   (302) 442-7012  facsimile
   rlemisch@beneschlaw.com

   - and -

   Barry L. Wilkie, Esquire
   Stuart N. Bennett, Esquire
   **JONES & KELLER, P.C.**
   1999 Broadway, Suite 3150
   Denver, CO  80202
   (303) 573-1600  telephone
   (303) 573-8133  facsimile
   bwilkie@joneskeller.com
   sbennett@joneskeller.com

   *Counsel to Aleron Larson, Jr.*