IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x | : | |
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLEUM CORPORATION, et al., | : | Case No. 11-14006 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x | : | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | : | |
| | : | Adv. Pro. No. 12-50877 (KJC) |
| Plaintiffs, | : | |
| v. | : | |
| ALERON LARSON, JR., | : | |
| Defendant. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x | | |

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT**

Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation (the "Plaintiffs"), by and through their undersigned counsel, hereby request, pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, that oral argument be scheduled at the Court's earliest convenience in connection with Plaintiffs' Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 (Docket No. 34) (the "Summary Judgment Motion") and Aleron Larson, Jr.'s Cross-Motion for Summary Judgment (Docket No. 74) (the "Cross Motion").

Plaintiffs' Notice of Completion of Briefing in connection with the Summary Judgment Motion was filed on April 12, 2013 (Docket No. 56). A new binder containing the

relevant pleadings in connection with the Summary Judgment Motion will be submitted to the Court substantially contemporaneously herewith.

Dated: July 19, 2013
      Wilmington, Delaware

*/s/ Kristhy M. Peguero*
Anthony W. Clark (I.D. No. 2051)
Kristhy M. Peguero (I.D. No. 4903)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Ron E. Meisler
David R. Pehlke
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*