# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :   Chapter 11
                                            :
DELTA PETROLEUM CORPORATION, et             :   Case No. 11-14006 (KJC)
al.,                                        :
                                            :   Jointly Administered
              Debtors.                      :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
DELTA PETROLEUM GENERAL                     :
RECOVERY TRUST                              :
and                                         :
PAR PETROLEUM CORPORATION,                  :
                                            :   Adv. Pro. No. 12-50877 (KJC)
              Plaintiffs,                   :
                                            :
   v.                                       :
                                            :
ALERON LARSON, JR.,                         :
                                            :
              Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## ORDER SCHEDULING ORAL ARGUMENT

Upon the request of the Plaintiffs in the above-captioned adversary proceeding for oral argument in connection with the Summary Judgment Motion (Docket No. 34) and the Cross Motion (Docket No. 74) and, it is hereby:

ORDERED, that oral argument on the Summary Judgment Motion and the Cross Motion will be held on _____, 2013 at ___:___ __.m (ET).

Dated: Wilmington, Delaware
     _____ ___, 2013

                                                                        Honorable Kevin J. Carey
                                                                       UNITED STATES BANKRUPTCY JUDGE