## CERTIFICATE OF SERVICE

I, Kristhy M. Peguero, hereby certify that on July 19, 2013, I caused the foregoing Plaintiffs' Motion to (1) Strike Expert Report and (2) Preclude Testimony of Defendants' Proposed Expert to be served on the parties listed on <u>Exhibit A</u> attached hereto, by United States first class mail, unless otherwise indicated thereon.

*/s/ Kristhy M. Peguero*
Kristhy M. Peguero

**Exhibit A**
**Service Parties**

Raymond H. Lemisch, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

Barry L. Wilkie, Esq.
Stuart N. Bennett, Esq.
Aaron Goldhamer, Esq.
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202