# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DELTA PETROLEUM CORPORATION, *et al.*, | Case No. 11-14006 (KJC) (Jointly Administered) |
| Debtors. | |
| Delta Petroleum General Recovery Trust and Par Petroleum Corporation, | |
| Plaintiffs, | Adv. No. 12-50877 (KJC) |
| v. | |
| Aleron Larson, Jr., | **Re: Docket Nos. 74, 75 and 84 – 87** |
| Defendant. | |

## NOTICE OF COMPLETION OF BRIEFING

PLEASE TAKE NOTICE that briefing concerning *Aleron Larson, Jr.'s Cross-Motion for Summary Judgment* [D. I. 74] has been completed. Pleadings relevant to this matter are as follows:

1. Aleron Larson, Jr.'s Cross-Motion for Summary Judgment filed 6/21/13 [D.I. 74]

2. Aleron Larson, Jr.'s Memorandum in Support of his Cross-Motion for Summary Judgment filed 6/21/13 [D.I. 75]

3. Plaintiffs' Memorandum of Law in Opposition to Aleron Larson Jr.'s Cross-Motion for Summary Judgment filed 7/05/13 [D.I. 84]

4. Aleron Larson, Jr.'s Reply Memorandum in Support of his Cross-Motion for Summary Judgment filed 7/12/13 [D.I. 85]

5. Aleron Larson, Jr.'s Request for Oral Argument filed 7/16/13 [D.I. 86]

6. Plaintiff's Request for Oral Argument filed 7/19/13 [D.I. 87]

Counsel respectfully submits that this matter is ready for disposition.

Dated: July 22, 2013

          **BENESCH, FRIEDLANDER, COPLAN
           &␣ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
      Raymond H. Lemisch, Esquire (No. 4204)
      Jennifer E. Smith, Esquire
      222 Delaware Avenue, Suite 801
      Wilmington, DE 19801
      (302) 442-7010 (Telephone)
      (302) 442-7012 (Facsimile)
      rlemisch@beneschlaw.com

- and -

Barry L. Wilkie, Esquire
Stuart N. Bennett, Esquire
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
(302) 573-1600 telephone
(302) 573-8133 facsimile
bwilkie@joneskeller.com
sbennett@joneskeller.com

*Counsel to Aleron Larson, Jr.*