**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------- | x | |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLEUM CORPORATION, et al., | : | Case No. 11-14006 (KJC) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| ------------------------------- | x | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST AND PAR PETROLEUM CORPORATION, | : : : : | |
| | : | Adv. Pro. No. 12-50877 (KJC) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ALERON LARSON, JR. | : | |
| | : | |
| Defendant. | : | |
| ------------------------------- | x | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST AND PAR PETROLEUM CORPORATION, | : : : : | |
| | : | Adv. Pro. No. 12-50898 (KJC) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| BWAB LIMITED LIABILITY COMPANY, | : | |
| | : | |
| Defendant. | : | |
| ------------------------------- | x | |

**NOTICE OF ORAL ARGUMENT ON SEPTEMBER 19, 2013 AT 10:00 A.M. (EASTERN) REGARDING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56 AND FED. R. BANKR. P. 7056**

PLEASE TAKE NOTICE that oral argument will be held on

**September 19, 2013 at 10:00 a.m. (Eastern)**, before the Honorable Kevin J. Carey, United States Bankruptcy Judge for the District of Delaware, in the Bankruptcy Court, 5th Floor, Courtroom 5, 824 Market Street, Wilmington, Delaware 19801 with respect to the following matter:

- Plaintiffs' Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 and Fed. R. Bankr. P. 7056 (Docket No. 34) (Date Filed: 2/12/13)

Dated:   July 23, 2013
         Wilmington, Delaware

*/s/ Kristhy M. Peguero*
Anthony W. Clark (I.D. No. 2051)
Kristhy M. Peguero (I.D. No. 4903)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

and

Ron Meisler
David R. Pehlke
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

*Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*