# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DELTA PETROLEUM, *et al.*, | Case No. 11-14006 (KJC) |
| | (Jointly Administered) |
| Debtors. | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | |
| Plaintiffs, | |
| v. | Adv. No. 12-50898 (KJC) |
| BWAB LIMITED LIABILITY COMPANY, | |
| Defendant. | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | |
| Plaintiffs, | |
| v. | Adv. No. 12-50877 (KJC) |
| ALERON LARSON, JR., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on July 23, 2013, a true and correct copy of the foregoing *Notice of Hearing* was served on all parties registered to receive service on the electronic notification list as maintained by the Court, and First Class Mail, postage prepaid upon the following:

7754871 v1

| | |
|---|---|
| Anthony W. Clark, Esquire<br>Kristhy M. Peguero, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>Wilmington, DE  19801 | Ron Meisler, Esquire<br>Ebba Gebisa, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, IL  60606-1720 |

Dated:  July 23, 2013

          **BENESCH, FRIEDLANDER, COPLAN**
           **& ARONOFF LLP**

      By:  */s/ Raymond H. Lemisch*
         Raymond H. Lemisch, Esquire (No. 4204)
         222 Delaware Avenue, Suite 801
         Wilmington, DE  19801
         (302) 442-7010  telephone
         (302) 442-7012  facsimile
         rlemisch@beneschlaw.com

         - and -

         Barry L. Wilkie, Esquire
         Stuart N. Bennett, Esquire
         **JONES & KELLER, P.C.**
         1999 Broadway, Suite 3150
         Denver, CO  80202
         (303) 573-1600  telephone
         (303) 573-8133  facsimile
         bwilkie@joneskeller.com
         sbennett@joneskeller.com

         *Counsel to BWAB Limited Liability Company*