# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELTA PETROLUEM, et al., | : | Case No. 11-14006 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| Delta Petroleum General Recovery Trust and Par Petroleum Corporation, | : | |
| | : | |
| Plaintiffs, | : | Adv. Proc. No. 12-50877 (KJC) |
| v. | : | |
| Aleron Larson, Jr., | : | |
| | : | |
| Defendant. | : | |
| | : | |
| Delta Petroleum General Recovery Trust and Par Petroleum Corporation, | : | |
| | : | |
| Plaintiffs, | : | Adv. Proc. No. 12-50898 (KJC) |
| v. | : | |
| BWAB Limited Liability Company, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on August 2, 2013, a true and correct copy of the foregoing *Defendants' Response to Plaintiffs' Motion to Strike Expert Report and to Preclude Testimony of Defendants' Proposed Expert* filed in each of the above captioned adversary matters was served on all parties registered to receive service on the electronic notification list as maintained by the Court, and via Hand Delivery or First Class Mail, postage prepaid upon the following:

7743287 v1

| *Via Hand Delivery* | *Via Regular Mail* |
|---|---|
| Anthony W. Clark, Esquire | Ron Meisler, Esquire |
| Kristhy M. Peguero, Esquire | Ebba Gebisa, Esquire |
| Skadden, Arps, Slate, Meagher & Flom LLP | Skadden, Arps, Slate, Meagher & Flom LLP |
| One Rodney Square | 155 North Wacker Drive |
| Wilmington, DE  19801 | Chicago, IL  60606-1720 |

Dated:  August 2, 2013

        **BENESCH, FRIEDLANDER, COPLAN**
         **& ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
       Raymond H. Lemisch, Esquire (No. 4204)
       Jennifer E. Smith, Esquire (No. 5278)
       222 Delaware Avenue, Suite 801
       Wilmington, DE  19801
       (302) 442-7010  telephone
       (302) 442-7012  facsimile
       rlemisch@beneschlaw.com

       - and -

       Barry L. Wilkie, Esquire
       Stuart N. Bennett, Esquire
       **JONES & KELLER, P.C.**
       1999 Broadway, Suite 3150
       Denver, CO  80202
       (303) 573-1600  telephone
       (303) 573-8133  facsimile
       bwilkie@joneskeller.com
       sbennett@joneskeller.com

       *Counsel to BWAB Limited Liability Company and Aleron Larson, Jr.*