**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :
In re:                                            :    Chapter 11
                                                  :
DELTA PETROLEUM CORPORATION, <u>et</u>  :    Case No. 11-14006 (KJC)
<u>al.</u>,                                        :
                                                  :    Jointly Administered
               Debtors.                           :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - x
DELTA PETROLEUM GENERAL                            :
RECOVERY TRUST                                     :
AND                                               :
PAR PETROLEUM CORPORATION,                         :
                                                  :    Adv. Pro. No. 12-50877 (KJC)
               Plaintiffs,                         :
                                                  :
       v.                                         :
                                                  :
ALERON LARSON, JR.                                :
                                                  :
               Defendant.                          :
- - - - - - - - - - - - - - - - - - - - - - - - - x
DELTA PETROLEUM GENERAL                            :
RECOVERY TRUST                                     :
AND                                               :
PAR PETROLEUM CORPORATION,                         :
                                                  :    Adv. Pro. No. 12-50898 (KJC)
               Plaintiffs,                         :
                                                  :
       v.                                         :
                                                  :
BWAB LIMITED LIABILITY COMPANY,   :
                                                  :
               Defendant.                          :
- - - - - - - - - - - - - - - - - - - - - - - - - x

## FIFTH STATUS REPORT

Pursuant to the Scheduling Orders entered by the Court on December 26, 2012 (Adv. Pro. No. 12-50877; D.I. 20) (Adv. Pro. No. 12-50898; D.I. 19), Delta Petroleum General Recovery Trust and Par Petroleum Corporation (together, "Plaintiffs"), by and through their undersigned counsel, hereby file this status report[1] with respect to the above-captioned adversary proceedings.

On July 2, 2013, the Court entered an order (Adv. Pro. No. 12-50877; D.I. 83) (Adv. Pro. No. 12-50898; D.I. 83) resolving, as moot, Aleron Larson, Jr.'s ("Larson") and BWAB Limited Liability Company's ("BWAB," and together with Larson, the "Defendants") motions to permit discovery pursuant to Federal Rule of Civil Procedure 56(d) and Federal Rule of Bankruptcy Procedure 7056 prior to a decision on the Plaintiffs' motions for summary judgment (the "Summary Judgment Motions").

On July 16, 2013, Defendants filed requests for oral argument (Adv. Pro. No. 12-50877; D.I. 86) (Adv. Pro. No. 12-50898; D.I. 86) and on July 22, 2013, notices of completion of briefing (Adv. Pro. No. 12-50877; D.I. 89) (Adv. Pro. No. 12-50898; D.I. 89) in connection with their cross motions for summary judgment (the "Cross Motions").

---

[1]  The first status report was filed on February 8, 2013 (Adv. Pro. No. 12-50877; D.I. 32) (Adv. Pro. No. 12-50898; D.I. 32); the second on March 26, 2013 (Adv. Pro. No. 12-50877; D.I. 49) (Adv. Pro. No. 12-50898; D.I. 49); the third on May 10, 2013 (Adv. Pro. No. 12-50877; D.I. 64) (Adv. Pro. No. 12-50898; D.I. 64); and the fourth on June 24, 2013 (Adv. Pro. No. 12-50877; D.I. 79) (Adv. Pro. No. 12-50898; D.I. 79).

On July 19, 2013, Plaintiffs filed requests for oral argument (Adv. Pro. No. 12-50877; D.I. 87) (Adv. Pro. No. 12-50898; D.I. 87) in connection with their Summary Judgment Motions and the Cross Motions, and directed the Court to their previously filed notices of completion of briefing (Adv. Pro. No. 12-50877; D.I. 56) (Adv. Pro. No. 12-50898; D.I. 56) on the Summary Judgment Motions.

The Summary Judgment Motions and Cross Motions are scheduled for oral argument on September 19, 2013 at 10:00 a.m. (Eastern) (Adv. Pro. No. 12-50877; D.I. 90, 91) (Adv. Pro. No. 12-50898; D.I. 90, 91).

Also on July 19, 2013, Plaintiffs filed a motion to strike the expert report and preclude the testimony of Defendants' proposed expert (Adv. Pro. No. 12-50877; D.I. 88) (Adv. Pro. No. 12-50898; D.I. 88) (the "Motion to Strike"). Pursuant to Rule 7007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, briefing in connection with the Motion to Strike is scheduled to be completed by August 9, 2013.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Pursuant to the Amended And Restated Order Approving Stipulation Resolving Emergency Motion Of Reorganized Debtors And Delta Petroleum General Recovery Trust For Entry Of An Order Enforcing The Provisions Of Debtors' Confirmed Plan And The Confirmation Order And To Adversary Proceedings Nos. 12-50877 And 12-50898 (Case No. 11-14006 (KJC); D.I. 1208), the Reorganized Debtors made escrow deposits with the Court on August 7, 2013 (Case No. 11-14006 (KJC); D.I. 1399, 1400).

Dated:    August 8, 2013
          Wilmington, Delaware

                    */s/ Kristhy M. Peguero*\_\_\_\_ _____
                    Anthony W. Clark (I.D. No. 2051)
                    Kristhy M. Peguero (I.D. No. 4903)
                    Skadden, Arps, Slate, Meagher & Flom LLP
                    One Rodney Square
                    P.O. Box 636
                    Wilmington, Delaware 19899-0636
                    (302) 651-3000

                    and

                    Ron Meisler
                    David R. Pehlke
                    Skadden, Arps, Slate, Meagher & Flom LLP
                    155 North Wacker Drive
                    Chicago, Illinois 60606-1720
                    (312) 407-0700

                    *Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*

4

**CERTIFICATE OF SERVICE**

I, Kristhy M. Peguero, hereby certify that on August 8, 2013, I caused

the foregoing **Fifth Status Report** to be served on the parties listed on <u>Exhibit A</u>,

attached hereto, by United States first class mail, unless otherwise indicated thereon.


_/s/ Kristhy M. Peguero_
Kristhy M. Peguero

**Exhibit A**
**Service Parties**

Raymond H. Lemisch, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

Barry L. Wilkie, Esq.
Stuart N. Bennett, Esq.
Aaron Goldhamer, Esq.
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202

2