# CERTIFICATE OF SERVICE

I, Kristhy M. Peguero, hereby certify that on August 9, 2013, I caused the foregoing **Plaintiffs' Reply Memorandum of Law in Support of Their Motion to (1) Strike Expert Report and (2) Preclude Testimony of Defendants' Proposed Expert** to be served on the following parties in the manner indicated.

>Raymond H. Lemisch, Esq.
>Benesch, Friedlander, Coplan & Aronoff LLP
>222 Delaware Avenue, Suite 801
>Wilmington, DE 19801
>**(By Hand Delivery)**
>
>Barry L. Wilkie, Esq.
>Stuart N. Bennett, Esq.
>Aaron Goldhamer, Esq.
>Jones & Keller, P.C.
>1999 Broadway, Suite 3150
>Denver, CO 80202
>**(By First-Class U.S. Mail)**

>*/s/ Kristhy M. Peguero*
>Kristhy M. Peguero