# CERTIFICATE OF SERVICE

I, Kristhy M. Peguero, hereby certify that on August 19, 2013, I caused the foregoing **Plaintiffs' Notice of Completion of Briefing** to be served on the parties listed below in the manner indicated thereon.

| | |
|---|---|
| Raymond H. Lemisch, Esq.<br>BENESCH, FRIEDLANDER, COPLAN<br> & ARONOFF LLP<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801<br>**(By Hand Delivery)** | Barry L. Wilkie, Esq.<br>Stuart N. Bennett, Esq.<br>Aaron Goldhamer, Esq.<br>JONES & KELLER, P.C.<br>1999 Broadway, Suite 3150<br>Denver, CO 80202<br>**(By First-class Mail)** |

                                                  */s/ Kristhy M. Peguero*