# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| DELTA PETROLEUM CORPORATION, *et al.*,[1] | Case No. 11-14006 (KJC) |
| Debtors. | (Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 19, 2013 AT 10:00 A.M. (EASTERN TIME)[2]

ADJOURNED, RESOLVED OR WITHDRAWN MATTERS:

1. Debtors' Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (Reduce And Allow; No Amount Due; Redundant; Reclassify; And Royalty Claims) (D.I. 730, Filed 7/16/12).

   Objection Deadline:  July 30, 2012 at 4:00 p.m. (ET)

   Remaining Responses Received:

   a) State Of Michigan Department Of Treasury's Response To Debtors' Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (D.I. 777, Filed 7/25/12) (Claim Nos. 107 and 108).

   Related Pleadings:

   a) Notice Of Submission Of Proofs Of Claims (D.I. 846, Filed 8/2/12);

   b) Order Granting Debtors' Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (Reduce And Allow; No Amount Due; Redundant; Reclassify; And Royalty Claims) (D.I. 911, Entered 8/15/12); and

   c) First Supplemental Order Granting Debtors' Second Omnibus Objection (Substantive) To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (Reduce And Allow; No Amount Due; Redundant; Reclassify; And Royalty Claims) (D.I. 984, Entered 9/18/12).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803), DPCA LLC (0803), Delta Exploration Company, Inc. (9462), Delta Pipeline, LLC (0803), DLC, Inc. (3989), CEC, Inc. (3154), Castle Texas Production Limited Partnership (6054), Amber Resources Company of Colorado (0506), and Castle Exploration Company, Inc. (9007).  The Debtors' headquarters are located at 1301 McKinney, Suite 2025, Houston, Texas 77010.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

    Status: This matter has been adjourned to the hearing on November 20, 2013 at 3:00 p.m. (ET).

2. Seventh Omnibus Objection (Substantive) Of John T. Young, Jr., As Trustee Of The Delta Petroleum General Recovery Trust, To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Amount Due; Reduce And Allow Claims) (D.I. 1343, Filed 5/24/13).

    Objection Deadline: June 7, 2013 at 4:00 p.m. (ET), extended for Berry Petroleum Company to September 26, 2013 at 4:00 p.m. (ET).

    Remaining Response Received: Informal comments from Berry Petroleum Company.

    Related Pleadings:

    a) Notice Of Submission Of Proofs Of Claim (D.I. 1356, Filed 6/12/13); and

    b) Order Granting Seventh Omnibus Objection (Substantive) Of John T. Young, Jr., As Trustee Of The Delta Petroleum General Recovery Trust, To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (No Amount Due; Reduce And Allow Claims) (D.I. 1374, Entered 6/26/13).

    Status: This matter has been adjourned to the hearing on November 20, 2013 at 3:00 p.m. (ET).

3. Ninth Omnibus Objection (Substantive) Of John T. Young, Jr., As Trustee Of The Delta Petroleum General Recovery Trust, To Certain Claims Pursuant To 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 And Del. L.R. 3007-1 (Reclassify; Reduce And Allow Claims) (D.I. 1376, Filed 7/1/13).

    Objection Deadline: July 15, 2013 at 4:00 p.m. (ET).

    Responses Received:

    a) Response of Husky Oil (D.I. 1383, Filed 7/15/13).

    Related Pleadings:

    a) Notice Of Submission Of Proofs Of Claim (D.I. 1384, Filed 7/16/13);

    b) Order Granting Ninth Omnibus Objection (Substantive) of John T. Young, Jr., as Trustee of the Delta Petroleum General Recovery Trust, to Certain Claims Pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. L.R. 3007-1 (Reclassify; Reduce and Allow Claims) (D.I. 1394, Entered 7/29/13).

    Status: This matter has been adjourned to the hearing on November 20, 2013 at 3:00 p.m. (ET).

CONTESTED MATTERS:

4. Motion For Summary Judgment Pursuant To Fed. R. Civ. P. 56 And Fed. R. Bankr. P. 7056 (Adv. Proc. No. 12-50877; A.D.I. 34, Filed 2/12/13).

    Responses Received:

    a) Aleron Larson Jr.'s Memorandum Of Law In Opposition To Plaintiffs' Motion For Summary Judgment Pursuant To Fed. R. Civ. P. 56 And Fed. R. Bankr. P. 7056 (A.D.I. 44, Filed 3/12/13).

    Related Pleadings:

    a) Amended Complaint For Avoidance And/Or Discharge Of Interests, Enforcement Of Bar Date Order, And Recovery Of Property Of The Estate (A.D.I. 23, Filed 1/4/13);

    b) Answer, Affirmative Defenses And Counterclaims To Amended Complaint For Avoidance And/Or Discharge Of Interests, Enforcement Of Bar Date Order, And Recovery Of Property Of The Estate (A.D.I. 26, Filed 1/18/13);

    c) Plaintiffs' Answer And Affirmative Defenses To Counterclaims Of Defendant Aleron Larson, Jr. (A.D.I. 33, Filed 2/8/13);

    d) Memorandum Of Law In Support Of Plaintiffs' Motion For Summary Judgment (A.D.I. 35, Filed 2/12/13);

    e) Declaration Of Seth Bullock In Support Of Plaintiffs' Motion For Summary Judgment Pursuant To Fed. R. Civ. P. 56 And Fed. R. Bankr. P. 7056 (A.D.I. 36, Filed 2/12/13);

    f) Declaration Of Petru Corporation In Support Of Plaintiffs' Motion For Summary Judgment Pursuant To Fed. R. Civ. P. 56 And Fed. R. Bankr. P. 7056 (A.D.I. 37, Filed 2/12/13);

    g) Reply Memorandum In Support Of Plaintiffs' Motion For Summary Judgment (A.D.I. 52, Filed 4/5/13);

    h) Plaintiffs' Notice Of Completion Of Briefing (A.D.I. 56, Filed 4/12/13);

    i) Notice Of Oral Argument On September 19, 2013 At 10:00 a.m. (Eastern) Regarding Plaintiffs' Motion For Summary Judgment Pursuant To Fed. R. Civ. P. 56 And Fed. R. Bankr. P. 7056 (A.D.I. 90, Filed 7/23/13).

    Status:  This matter is going forward.

5. Aleron Larson, Jr.'s Cross-Motion For Summary Judgment (Adv. Pro. No. 12-50877; A.D.I. 74, Filed 6/21/13).

    Responses Received:

    a)     Plaintiffs' Memorandum Of Law In Opposition To Larson's Cross-Motion For Summary Judgment (A.D.I. 84, Filed 7/5/13).

Related Pleadings:

a)     Aleron Larson, Jr.'s Memorandum In Support Of His Cross-Motion For Summary Judgment (A.D.I. 75, Filed 6/21/13);

b)     Aleron Larson, Jr.'s Reply In Support Of His Cross-Motion For Summary Judgment (A.D.I. 85, Filed 7/12/13);

c)     Notice Of Completion Of Briefing (A.D.I. 89, Filed 7/22/13); and

d)     Notice Of Hearing (A.D.I. 91, Filed 7/23/13).

Status:  This matter is going forward.

6.     Motion For Summary Judgment Pursuant To Fed. R. Civ. P. 56 And Fed. R. Bankr. P. 7056 (Adv. Pro. No. 12-50898; A.D.I. 34, Filed 2/12/13).

Responses Received:

a)     BWAB's Memorandum Of Law In Opposition To Plaintiffs' Motion For Summary Judgment Pursuant To Fed. R. Civ. P. 56 And Fed. R. Bankr. P. 7056 (A.D.I. 44, Filed 3/12/13).

Related Pleadings:

a)     Amended Complaint For Avoidance And/Or Discharge Of Interests, Enforcement Of Bar Date Order, And Recovery Of Property Of The Estate (A.D.I. 22, Filed 1/4/13);

b)     Answer, Affirmative Defenses And Counterclaims To Amended Complaint For Avoidance And/Or Discharge Of Interests, Enforcement Of Bar Date Order, And Recovery Of Property Of The Estate (A.D.I. 25, Filed 1/18/13);

c)     Amended Answer, Affirmative Defenses And Counterclaims To Amended Complaint For Avoidance And/Or Discharge Of Interests, Enforcement Of Bar Date Order, And Recovery Of Property Of The Estate (A.D.I. 29, Filed 1/30/13);

d)     Plaintiffs' Answer And Affirmative Defenses To Counterclaims Of Defendant BWAB Limited Liability Company (A.D.I. 33, Filed 2/8/13);

e)     Memorandum Of Law In Support Of Plaintiffs' Motion For Summary Judgment (A.D.I. 35, Filed 2/12/13);

f)     Declaration Of Seth Bullock In Support Of Plaintiffs' Motion For Summary Judgment Pursuant To Fed. R. Civ. P. 56 And Fed. R. Bankr. P. 7056 (A.D.I. 36, Filed 2/12/13);

    g)     Declaration Of Petru Corporation In Support Of Plaintiffs' Motion For Summary Judgment Pursuant To Fed. R. Civ. P. 56 And Fed. R. Bankr. P. 7056 (A.D.I. 37, Filed 2/12/13);

    h)     Reply Memorandum In Support Of Plaintiffs' Motion For Summary Judgment (A.D.I. 52, Filed 4/5/13);

    i)     Plaintiffs' Notice Of Completion Of Briefing (A.D.I. 56, Filed 4/12/13); and

    j)     Notice Of Oral Argument On September 19, 2013 At 10:00 a.m. (Eastern) Regarding Plaintiffs' Motion For Summary Judgment Pursuant To Fed. R. Civ. P. 56 And Fed. R. Bankr. P. 7056 (A.D.I. 90, Filed 7/23/13).

    <u>Status</u>: This matter is going forward.

7.     BWAB's Cross-Motion For Summary Judgment (Adv. Pro. No. 12-50898; A.D.I. 74, Filed 6/21/13).

    <u>Responses Received</u>:

    a)     Plaintiffs' Memorandum Of Law In Opposition To BWAB's Cross-Motion For Summary Judgment (A.D.I. 84, Filed 7/5/13).

    <u>Related Pleadings</u>:

    a)     BWAB's Memorandum In Support Of Its Cross-Motion For Summary Judgment (A.D.I. 75, Filed 6/21/13);

    b)     BWAB's Reply Memorandum In Support Of Its Cross-Motion For Summary Judgment (A.D.I. 85, Filed 7/12/13);

    c)     Notice Of Completion Of Briefing (A.D.I. 89, Filed 7/22/13); and

    d)     Notice Of Hearing (A.D.I. 91, Filed 7/23/13).

    <u>Status</u>: This matter is going forward.

Dated: September 17, 2013  
Wilmington, Delaware                   MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                */s/ Ann C. Cordo*  
                                            Derek C. Abbott (No. 3376)  
                                            Ann C. Cordo (No. 4817)  
                                            William M. Alleman, Jr. (No. 5449)  
                                            1201 North Market Street, 18th Floor  
                                            Wilmington, Delaware 19899-1347  
                                            Telephone:  (302) 658-9200  
                                            Facsimile:   (302) 658-3989  
                                            *Counsel for the Reorganized Debtors*