**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
:
In re:                                                          :        Chapter 11
:
DELTA PETROLEUM CORPORATION, <u>et</u>  :        Case No. 11-14006 (KJC)
<u>al.</u>,                                                       :
:        Jointly Administered
Debtors.                                :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
DELTA PETROLEUM GENERAL                :
RECOVERY TRUST                                 :
AND                                                          :
PAR PETROLEUM CORPORATION,        :
:        Adv. Pro. No. 12-50877 (KJC)
Plaintiffs,                       :
:
v.                                                   :
:
ALERON LARSON, JR.                             :
:
Defendant.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
DELTA PETROLEUM GENERAL                :
RECOVERY TRUST                                 :
AND                                                          :
PAR PETROLEUM CORPORATION,        :
:        Adv. Pro. No. 12-50898 (KJC)
Plaintiffs,                       :
:
v.                                                   :
:
BWAB LIMITED LIABILITY COMPANY,  :
:
Defendant.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

## EIGHTH STATUS REPORT

Pursuant to the Scheduling Orders entered by the Court on December

26, 2012 (Adv. Pro. No. 12-50877; D.I. 20) (Adv. Pro. No. 12-50898; D.I. 19), Delta

Petroleum General Recovery Trust and Par Petroleum Corporation (together,

"Plaintiffs"), by and through their undersigned counsel, hereby file this status report[1]

with respect to the above-captioned adversary proceedings.

On September 19, 2013, the Court held oral argument on the cross

motions for summary judgment filed by Plaintiffs, Aleron Larson, Jr. and BWAB

Limited Liability Company.  The Court has taken the cross motions under

advisement.

Pursuant to the Amended And Restated Order Approving Stipulation

Resolving Emergency Motion Of Reorganized Debtors And Delta Petroleum

General Recovery Trust For Entry Of An Order Enforcing The Provisions Of

Debtors' Confirmed Plan And The Confirmation Order And To Adversary

Proceedings Nos. 12-50877 And 12-50898 (Case No. 11-14006 (KJC); D.I. 1208),

the Reorganized Debtors made escrow deposits with the Court on November 25,

---

[1]    The first status report was filed on February 8, 2013 (Adv. Pro. No. 12-50877; D.I. 32)
(Adv. Pro. No. 12-50898; D.I. 32); the second on March 26, 2013 (Adv. Pro. No. 12-
50877; D.I. 49) (Adv. Pro. No. 12-50898; D.I. 49); the third on May 10, 2013 (Adv. Pro.
No. 12-50877; D.I. 64) (Adv. Pro. No. 12-50898; D.I. 64); the fourth on June 24, 2013
(Adv. Pro. No. 12-50877; D.I. 79) (Adv. Pro. No. 12-50898; D.I. 79); the fifth on
August 8, 2013 (Adv. Pro. No. 12-50877; D.I. 93) (Adv. Pro. No. 12-50898; D.I. 93);
the sixth on September 24, 2013 (Adv. Pro. No. 12-50877; D.I. 97) (Adv. Pro. No. 12-
50898; D.I. 97); and the eighth on November 8, 2013 (Adv. Pro. No. 12-50877; D.I. 98)
(Adv. Pro. No. 12-50898; D.I. 98).

2013 and December 18, 2013 (Case No. 11-14006 (KJC); D.I. 1441, 1442, 1451, 1452).

Dated:    December 23, 2013
          Wilmington, Delaware

*/s/ Kristhy M. Peguero*_____
Anthony W. Clark (I.D. No. 2051)
Kristhy M. Peguero (I.D. No. 4903)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
and

Ron Meisler
David R. Pehlke
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

*Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*

3

## CERTIFICATE OF SERVICE

I, Kristhy M. Peguero, hereby certify that on December 23, 2013, I

caused the foregoing **Eighth Status Report** to be served on the parties listed on

Exhibit A, attached hereto, by United States first class mail, unless otherwise

indicated thereon.

/s/ Kristhy M. Peguero
Kristhy M. Peguero

2

**Exhibit A**
**Service Parties**

Raymond H. Lemisch, Esq.
Klehr Harrison Harvey Branzburg LLP
919 Market Street - Suite 1000
Wilmington, DE 19801-3062

Barry L. Wilkie, Esq.
Stuart N. Bennett, Esq.
Aaron Goldhamer, Esq.
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202

2