**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x : | |
| In re: | : : | Chapter 11 |
| DELTA PETROLEUM CORPORATION, et al., | : : : | Case No. 11-14006 (KJC) |
| | : : | Jointly Administered |
| Debtors. | : : : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x : | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST AND PAR PETROLEUM CORPORATION, | : : : : : : | |
| | : | Adv. Pro. No. 12-50877 (KJC) |
| Plaintiffs, | : : | |
| v. | : : : | |
| ALERON LARSON, JR. | : : : | |
| Defendant. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x : | |
| DELTA PETROLEUM GENERAL RECOVERY TRUST AND PAR PETROLEUM CORPORATION, | : : : : : | |
| | : | Adv. Pro. No. 12-50898 (KJC) |
| Plaintiffs, | : : : | |
| v. | : : : | |
| BWAB LIMITED LIABILITY COMPANY, | : : | |
| Defendant. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |

## FOURTEENTH STATUS REPORT

Pursuant to the Scheduling Orders entered by the Court on December 26, 2012 (Adv. Pro. No. 12-50877; D.I. 20) (Adv. Pro. No. 12-50898; D.I. 19), Delta Petroleum General Recovery Trust and Par Petroleum Corporation (together, "Plaintiffs"), by and through their undersigned counsel, hereby file this status report[1] with respect to the above-captioned adversary proceedings.

On September 19, 2013, the Court held oral argument on the cross motions for summary judgment filed by Plaintiffs, Aleron Larson, Jr. and BWAB Limited Liability Company. The cross motions remain under advisement.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The first status report was filed on February 8, 2013 (Adv. Pro. No. 12-50877; D.I. 32) (Adv. Pro. No. 12-50898; D.I. 32); the second on March 26, 2013 (Adv. Pro. No. 12-50877; D.I. 49) (Adv. Pro. No. 12-50898; D.I. 49); the third on May 10, 2013 (Adv. Pro. No. 12-50877; D.I. 64) (Adv. Pro. No. 12-50898; D.I. 64); the fourth on June 24, 2013 (Adv. Pro. No. 12-50877; D.I. 79) (Adv. Pro. No. 12-50898; D.I. 79); the fifth on August 8, 2013 (Adv. Pro. No. 12-50877; D.I. 93) (Adv. Pro. No. 12-50898; D.I. 93); the sixth on September 24, 2013 (Adv. Pro. No. 12-50877; D.I. 97) (Adv. Pro. No. 12-50898; D.I. 97); the seventh on November 8, 2013 (Adv. Pro. No. 12-50877; D.I. 98) (Adv. Pro. No. 12-50898; D.I. 98); the eighth on December 23, 2013 (Adv. Pro. No. 12-50877; D.I. 99) (Adv. Pro. No. 12-50898; D.I. 99); the ninth on February 6, 2014 (Adv. Pro. No. 12-50877; D.I. 100) (Adv. Pro. No. 12-50898; D.I. 100); the tenth on March 24, 2014 (Adv. Pro. No. 12-50877; D.I. 101) (Adv. Pro. No. 12-50898; D.I. 101); the eleventh on May 8, 2014 (Adv. Pro. No. 12-50877; D.I. 102) (Adv. Pro. No. 12-50898; D.I. 102), the twelfth on June 23, 2014 (Adv. Pro. No. 12-50877; D.I. 103) (Adv. Pro. No. 12-50898; D.I. 103), and the thirteenth on August 7, 2014 (Adv. Pro. No. 12-50877; D.I. 104) (Adv. Pro. No. 12-50898; D.I. 104).

Pursuant to the Amended And Restated Order Approving Stipulation Resolving Emergency Motion Of Reorganized Debtors And Delta Petroleum General Recovery Trust For Entry Of An Order Enforcing The Provisions Of Debtors' Confirmed Plan And The Confirmation Order And To Adversary Proceedings Nos. 12-50877 And 12-50898 (Case No. 11-14006 (KJC); D.I. 1208), the Reorganized Debtors made escrow deposits with the Court on August 27, 2014 (Case No. 11-14006 (KJC); D.I. 1499 and 1500).

Dated:   September 29, 2014
         Wilmington, Delaware

>                         */s/ Kristhy M. Peguero*
>                         Anthony W. Clark (I.D. No. 2051)
>                         Kristhy M. Peguero (I.D. No. 4903)
>                         Skadden, Arps, Slate, Meagher & Flom LLP
>                         One Rodney Square
>                         P.O. Box 636
>                         Wilmington, Delaware 19899-0636
>                         (302) 651-3000
>                         and
>
>                         Ron Meisler
>                         David R. Pehlke
>                         Skadden, Arps, Slate, Meagher & Flom LLP
>                         155 North Wacker Drive
>                         Chicago, Illinois 60606-1720
>                         (312) 407-0700
>
>                         *Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*