IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          Chapter 11

DELTA PETROLEUM CORPORATION, et al.,            Case No. 11-14006 (KJC)

                                                Jointly Administered

          Debtors.

---

DELTA PETROLEUM GENERAL RECOVERY TRUST
AND
PAR PETROLEUM CORPORATION,

          Plaintiffs,                           Adv. Pro. No. 12-50877 (KJC)

     v.

ALERON LARSON, JR.,                             **Related Docket Nos. 110, 111**

          Defendant.

---

DELTA PETROLEUM GENERAL RECOVERY TRUST
AND
PAR PETROLEUM CORPORATION,

          Plaintiffs,                           Adv. Pro. No. 12-50898 (KJC)

     v.

BWAB LIMITED LIABILITY COMPANY,                 **Related Docket Nos. 110, 111**

          Defendant.

# DECLARATION OF SERVICE

I, Dain A. De Souza, hereby certify that on April 3, 2015, I caused the following documents to be served on the parties listed on Exhibit A attached hereto, by first-class mail, unless otherwise indicated thereon.

1. Memorandum Relating To Plaintiffs' Motion For Summary Judgment And Defendants' Cross-Motion For Summary Judgment (Docket No. 110)

2. Order Granting, In Part, And Denying, In Part, Plaintiffs' Motion For Summary Judgment And Defendants' Cross Motions For Summary Judgment (Docket No. 111)

Dated: April 3, 2015
Wilmington, Delaware

/s/ Dain A. De Souza
Anthony W. Clark (I.D. No. 2051)
Dain A. De Souza (I.D. No. 5737)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
and

Ron Meisler
David R. Pehlke
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

*Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*

## **EXHIBIT A**

Raymond H. Lemisch, Esq.
Klehr Harrison Harvey Branzburg LLP
919 Market Street - Suite 1000
Wilmington, DE 19801-3062
**(By Hand Delivery)**

Barry L. Wilkie, Esq.
Stuart N. Bennett, Esq.
Aaron Goldhamer, Esq.
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202