IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                           :
In re:                                     :    Chapter 11
                                           :
DELTA PETROLEUM CORPORATION, et al.¹       :    Case No. 11-14006 (KJC)
                                           :
          Debtors,                         :    Jointly Administered
                                           :
------------------------------------------------------------x
                                           :
DELTA PETROLEUM GENERAL                    :
RECOVERY TRUST and PAR PETROLEUM           :
CORPORATION,                               :
                                           :
          Plaintiffs,                      :
                                           :
     v.                                    :    Adv. Pro. No. 12-50877 (KJC)
                                           :
ALERON LARSON, JR.,                        :
                                           :
          Defendant.                       :
                                           :
------------------------------------------------------------x
                                           :
DELTA PETROLEUM GENERAL                    :
RECOVERY TRUST and PAR PETROLEUM           :
CORPORATION,                               :
                                           :
          Plaintiffs,                      :
                                           :
     v.                                    :    Adv. Pro. No. 12-50898 (KJC)
                                           :
BWAB LIMITED LIABILITY COMPANY,            :
                                           :
          Defendant.                       :
                                           :
------------------------------------------------------------x
```

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 12, 2015 AT 2:00 P.M. (EASTERN TIME)²

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803); DPCA LLC (0803); Delta Exploration Company, Inc. (9462); Delta Pipeline, LLC (0803); DLC, Inc. (3989); CEC, Inc. (3154); Castle Texas Production Limited Partnership (6054); Amber Resources Company of Colorado (0506); and Castle Exploration Company, Inc. (9007). The Debtors' headquarters are located at: 370 17th Street, Suite 4300, Denver, Colorado 80202.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

STATUS CONFERENCES MATTERS

1.  *Delta Petroleum Corporation, et al.; Case No. 11-14006.*

    Status:  This matter is going forward as a status conference only.

2.  *Delta Petroleum General Recovery Trust and Par Petroleum Corporation v. Aleron Larson, Jr.; Adv. Pro. No. 12-50877.*

    Status:  This matter is going forward as a status conference only.

3.  *Delta Petroleum General Recovery Trust and Par Petroleum Corporation v. BWAB Limited Liability Company; Adv. Pro. No. 12-50898.*

    Status:  This matter is going forward as a status conference only.

Dated:  May 8, 2015  
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Daniel B. Butz_  
Derek C. Abbott (No. 3376)  
Daniel B. Butz (No. 4227)  
1201 North Market Street, 18th Floor  
Wilmington, Delaware 19899-1347  
Telephone:  (302) 658-9200  
Facsimile:  (302) 658-3989

*Counsel for the Reorganized Debtors*