IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- x
:
In re: : Chapter 11
:
DELTA PETROLEUM CORPORATION, : Case No. 11-14006 (KJC)
et al., :
: Jointly Administered
Debtors. :
:
------------------------------------- x
DELTA PETROLEUM GENERAL :
RECOVERY TRUST :
and :
PAR PETROLEUM CORPORATION, : Adv. Pro No. 12-50877 (KJC)
:
Plaintiffs, : Related Docket Nos. 34, 74, 110, 111,
v. : 113, 116
:
ALERON LARSON, JR, :
:
Defendant. :
------------------------------------- x
DELTA PETROLEUM GENERAL :
RECOVERY TRUST :
and :
PAR PETROLEUM CORPORATION, : Adv. Pro No. 12-50898 (KJC)
:
Plaintiffs, : Related Docket Nos. 34, 74, 110, 111,
v. : 113, 118
:
BWAB LIMITED LIABILITY COMPANY, :
:
Defendant. :
:
------------------------------------- x

**ORDER APPROVING STIPULATION OF SETTLEMENT AMONG DELTA
PETROLEUM GENERAL RECOVERY TRUST, PAR PETROLEUM
CORPORATION, ALERON LARSON, JR, AND BWAB LIMITED
LIABILITY COMPANY RESOLVING ADVERSARY PROCEEDINGS**

Upon consideration of the Stipulation of Settlement Among Delta Petroleum General Recovery Trust, Par Petroleum Corporation, Aleron Larson, Jr., and BWAB Limited Liability Company Resolving Adversary Proceedings (the "Settlement Stipulation")[1], attached hereto as Exhibit A; and the Court having determined that good and adequate cause exists for authorizing Delta Petroleum General Recovery Trust to enter into the Settlement Stipulation and for approval of the Settlement Stipulation; and the Court having determined that no further notice of the Settlement Stipulation must be given;

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

---

[1] Terms not otherwise defined herein shall have the meaning ascribed to them in the Settlement Stipulation.

**IT IS HEREBY ORDERED** that Delta Petroleum General Recovery Trust is hereby authorized to enter into the Settlement Stipulation and the Settlement Stipulation is approved in its entirety and entered as an order of this Court.

Dated: _June 3_, 2015
Wilmington, Delaware

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE