**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DELTA PETROLEUM CORPORATION, et al., | : | Case No. 11-14006 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |

| | | |
|---|---|---|
| DELTA PETROLEUM GENERAL RECOVERY TRUST AND PAR PETROLEUM CORPORATION, | : | |
| Plaintiffs, | : | Adv. Pro. No. 12-50877 (KJC) |
| v. | : | |
| ALERON LARSON, JR. | : | |
| Defendant. | : | **Related Docket Nos. 116, 117** |

| | | |
|---|---|---|
| DELTA PETROLEUM GENERAL RECOVERY TRUST AND PAR PETROLEUM CORPORATION, | : | |
| Plaintiffs, | : | Adv. Pro. No. 12-50898 (KJC) |
| v. | : | |
| BWAB LIMITED LIABILITY COMPANY, | : | **Related Docket Nos. 118, 119** |
| Defendant. | : | |

## DECLARATION OF SERVICE

I, Dain A. De Souza, hereby certify that on June 3, 2015, I caused the following documents to be served on the parties listed on <u>Exhibit A</u> attached hereto, by first-class mail, unless otherwise indicated thereon.

1. Certification of Counsel In Support Of Entry Of Order Approving Stipulation Of Settlement Among Delta Petroleum General Recovery Trust, Par Petroleum Corporation, Aleron Larson, Jr, And BWAB Limited Liability Company Resolving Adversary Proceedings

2. Order Approving Stipulation Of Settlement Among Delta Petroleum General Recovery Trust, Par Petroleum Corporation, Aleron Larson, Jr, And BWAB Limited Liability Company Resolving Adversary Proceedings

Dated: June 4, 2015
Wilmington, Delaware

*/s/ Dain A. De Souza*
Anthony W. Clark (I.D. No. 2051)
Dain A. De Souza (I.D. No. 5737)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
and

Ron Meisler
Ebba Gebisa
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

*Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*

## EXHIBIT A

Raymond H. Lemisch, Esq.
Klehr Harrison Harvey Branzburg LLP
919 Market Street - Suite 1000
Wilmington, DE 19801-3062
**(By Hand Delivery)**

Barry L. Wilkie, Esq.
Stuart N. Bennett, Esq.
Aaron Goldhamer, Esq.
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202