# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
                                            :
In re:                                      :    Chapter 11
                                            :
DELTA PETROLEUM CORPORATION, et al.¹         :    Case No. 11-14006 (KJC)
                                            :
          Debtors,                          :    Jointly Administered
                                            :
-----------------------------------------------------------x
DELTA PETROLEUM GENERAL                     :
RECOVERY TRUST and PAR PETROLEUM            :
CORPORATION,                                :
                                            :
          Plaintiffs,                       :
                                            :    Adv. Pro. No. 12-50877 (KJC)
     v.                                     :
                                            :
ALERON LARSON, JR.,                         :
                                            :
          Defendant.                        :
                                            :
-----------------------------------------------------------x
DELTA PETROLEUM GENERAL                     :
RECOVERY TRUST and PAR PETROLEUM            :
CORPORATION,                                :
                                            :
          Plaintiffs,                       :
                                            :    Adv. Pro. No. 12-50898 (KJC)
     v.                                     :
                                            :
BWAB LIMITED LIABILITY COMPANY,             :
                                            :
          Defendant.                        :
                                            :
-----------------------------------------------------------x
```

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 9, 2015 AT 10:30 A.M. (EASTERN TIME)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Delta Petroleum Corporation (0803); DPCA LLC (0803); Delta Exploration Company, Inc. (9462); Delta Pipeline, LLC (0803); DLC, Inc. (3989); CEC, Inc. (3154); Castle Texas Production Limited Partnership (6054); Amber Resources Company of Colorado (0506); and Castle Exploration Company, Inc. (9007). The Debtors' headquarters are located at: 370 17th Street, Suite 4300, Denver, Colorado 80202.

**THERE ARE NO MATTERS GOING FORWARD AND AT THE DIRECTION OF THE COURT, THE HEARING HAS BEEN CANCELLED**

STATUS CONFERENCES MATTERS:

1. *Delta Petroleum General Recovery Trust and Par Petroleum Corporation v. Aleron Larson, Jr.; Adv. Pro. No. 12-50877.*

    Related Pleading:

    (a) Order Approving Stipulation Of Settlement Among Delta Petroleum General Recovery Trust, Par Petroleum Corporation, Aleron Larson, Jr., And BWAB Limited Liability Company Resolving Adversary Proceeding (A.D.I. 117, Entered 6/3/15).

    Status: An Order has been entered by the Court approving the settlement, no further status conference required.

2. *Delta Petroleum General Recovery Trust and Par Petroleum Corporation v. BWAB Limited Liability Company; Adv. Pro. No. 12-50898.*

    Related Pleading:

    (a) Order Approving Stipulation Of Settlement Among Delta Petroleum General Recovery Trust, Par Petroleum Corporation, Aleron Larson, Jr., And BWAB Limited Liability Company Resolving Adversary Proceeding (A.D.I. 119, Entered 6/3/15).

    Status: An Order has been entered by the Court approving the settlement, no further status conference required.

Dated: June 5, 2015
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    /s/ Daniel B. Butz
Derek C. Abbott (No. 3376)
Daniel B. Butz (No. 4227)
1201 North Market Street, 18th Floor
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for Delta Petroleum General Recovery Trust*