# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| DELTA PETROLEUM CORPORATION, et al., | Case No. 11-14006 (KJC) |
|  | Jointly Administered |
| Debtors. |  |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | Adv. Pro No. 12-50877 (KJC) |
| Plaintiffs, v. | Related Docket Nos. 34, 74, 110, 111, 113, 116, 117 |
| ALERON LARSON, JR, |  |
| Defendant. |  |
| DELTA PETROLEUM GENERAL RECOVERY TRUST and PAR PETROLEUM CORPORATION, | Adv. Pro No. 12-50898 (KJC) |
| Plaintiffs, v. | Related Docket Nos. 34, 74, 110, 111, 113, 118, 119 |
| BWAB LIMITED LIABILITY COMPANY, |  |
| Defendant. |  |

## STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDINGS

This Stipulation of Dismissal (the "Stipulation") is made in the above-captioned adversary proceedings (the "Adversary Proceedings") by Delta Petroleum

General Recovery Trust, Par Petroleum Corporation, Aleron H. Larson, Jr., and BWAB Limited Liability Company (collectively, the "Parties").

The Parties hereby stipulate that these Adversary Proceedings, including all claims and counterclaims filed therein, be and hereby are dismissed, pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a)(1)(A)(ii) with prejudice, each party to bear its own costs, including attorney's fees.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

**IN WITNESS WHEREOF,** each of the Parties below has caused a counterpart of this Stipulation to be executed and delivered by its duly authorized signatory as of the date written below.

Dated: June 19, 2015

| | |
|---|---|
| KLEHR HARRISON HARVEY BRANZBURG LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| By: */s/   Raymond H. Lemisch*<br>Raymond H. Lemisch (No. 4204)<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 552-5530<br><br>and<br><br>Barry L. Wilkie<br>Stuart N. Bennett<br>Jones & Keller, P.C.<br>1999 Broadway, Suite 3150<br>Denver, Colorado 80202<br>Telephone: (303) 573-1600<br><br>*Counsel for Aleron Larson, Jr. and BWAB Limited Liability Company* | By: */s/   Dain A. De Souza*<br>Anthony W. Clark (I.D. No. 2051)<br>Dain A. De Souza (I.D. No. 5737)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636<br>Telephone: (302) 651-3000<br>Fax: (302) 651-3001<br><br>and<br><br>Ron E. Meisler<br>Ebba Gebisa<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 N. Wacker Dr.<br>Chicago, Illinois 60606<br>Telephone: (312) 407-0700<br>Fax: (312) 407-0411<br><br>*Counsel for the Reorganized Debtors and Delta Petroleum General Recovery Trust* |