# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| DELTA PETROLEUM CORPORATION, et al., | Case No. 11-14006 (KJC) |
|  | Jointly Administered |
| Debtors. |  |
| DELTA PETROLEUM GENERAL RECOVERY TRUST AND PAR PETROLEUM CORPORATION, |  |
|  | Adv. Pro. No. 12-50877 (KJC) |
| Plaintiffs, |  |
| v. |  |
| ALERON LARSON, JR. |  |
|  | **Related Docket No. 120** |
| Defendant. |  |
| DELTA PETROLEUM GENERAL RECOVERY TRUST AND PAR PETROLEUM CORPORATION, |  |
|  | Adv. Pro. No. 12-50898 (KJC) |
| Plaintiffs, |  |
| v. |  |
| BWAB LIMITED LIABILITY COMPANY, |  |
|  | **Related Docket No. 122** |
| Defendant. |  |

## DECLARATION OF SERVICE

I, Dain A. De Souza, hereby certify that on June 19, 2015, I caused the Stipulation Of Dismissal Of Adversary Proceedings to be served on the parties listed on Exhibit A attached hereto, by first-class mail.

Dated: June 24, 2015
      Wilmington, Delaware

/s/ Dain A. De Souza
Anthony W. Clark (I.D. No. 2051)
Dain A. De Souza (I.D. No. 5737)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
and

Ron Meisler
Ebba Gebisa
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

*Counsel for Plaintiffs Delta Petroleum General Recovery Trust and Par Petroleum Corporation*

## **EXHIBIT A**

Raymond H. Lemisch, Esq.
Klehr Harrison Harvey Branzburg LLP
919 Market Street - Suite 1000
Wilmington, DE 19801-3062

Barry L. Wilkie, Esq.
Stuart N. Bennett, Esq.
Aaron Goldhamer, Esq.
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202